IN RE:

**WEIRTON STEEL CORPORATION,**          **CASE NO. 5:03-BK-01802**

**DEBTOR.**                                             **CHAPTER 11**

## SIXTEENTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SPECIAL COUNSEL

Pursuant to 11 U.S.C. § 331, Rule 2016, Federal Rules of Bankruptcy Procedure and this Court's "Modified Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals," entered June 12, 2004, Spilman Thomas & Battle, PLLC ("STB") applies for interim compensation for services rendered as special counsel and reimbursement of necessary expenses incurred between July 1, 2004 through July 31, 2004. In support of this Application, STB represents as follows:

1.      The Debtor, Weirton Steel Corporation (the "Debtor"), filed a Petition for Relief under Chapter 11 of the United States Bankruptcy Code on May 19, 2003 (the "Petition Date").

2.      By order entered May 23, 2003, the Court granted the Debtor's application on an interim basis to employ and retain STB as its special counsel.

3.      Since the Petition Date, STB has performed legal services at the request of the Debtor, which were both necessary and of benefit to the Debtor's continued operation of its

business in the areas of labor and employment, government relations, asbestos, workers' compensation, collection, litigation, environmental, energy, and real estate.

4.     In addition since May 17, 2004 Spilman Thomas & Battle, PLLC has continued to perform legal services at the request of the Debtor, in order to complete certain matters begun prior to May 17, 2004.

5.     From July 1, 2004 through July 31, 2004, STB has earned fees in the aggregate amount of $4,431.00 for services performed in the following areas:

| Area | Fees |
| --- | --- |
| Labor & Employment | 1,036.00 |
| Government Relations | 0.00 |
| Asbestos | 0.00 |
| Workers' Compensation | 0.00 |
| Collection | 2,267.50 |
| Litigation | 981.25 |
| Environmental | 0.00 |
| Energy | 146.25 |
| Real Estate | 0.00 |
| **TOTAL** | **$4,431.00** |

6.     One hundred percent (100%) of the total fees requested in this Interim Fee Application is $4,431.00.

7.     From July 1, 2004, through July 31, 2004, STB has incurred actual and necessary reimbursable expenses in the aggregate amount of $24.90.

8.     Attached hereto and made a part hereof are detailed statements of the services performed by STB, which shows a detailed description of the services rendered, the time expended for each task, the hourly rate of the attorney or paralegal performing the service, and an itemization of the expenses incurred.

9.     The Applicant has received no payment for the services rendered and the expenses incurred which are the subject of this Application.

10.     There exists no agreement for the sharing of compensation in this case, except as among members and associates of a law firm.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

Lee F. Feinberg (WV State Bar # 1173)
John J. Nesius (WV State Bar # 2718)
300 Kanawha Boulevard, East (Zip 25301)
P.O. Box 273
Charleston, WV  25321-0273
304.340.3800

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

2004 AUG 25  AM 9: 31

U.S. ... COURT
N. ...  ...  WV

IN RE:

WEIRTON STEEL CORPORATION,          CASE NO. 5:03-BK-01802

DEBTOR.                              CHAPTER 11

### CERTIFICATE OF SERVICE

I, Lee F. Feinberg, hereby certify that service of the foregoing **Sixteenth Interim**

**Application for Compensation and Reimbursement of Expenses of Special Counsel** has been

made upon the parties of record by placing a true copy thereof in an envelope deposited in the

regular course of the United States Mail, with postage prepaid, on this 24th day of August, 2004,

addressed as follows:

> Mark E. Freedlander, Esq.
> McGuire Woods LLP
> Dominion Tower, 23rd Floor
> 625 Liberty Avenue
> Pittsburgh, PA  15222
> *Counsel for Debtor*
>
> Office of the United States Trustee
> 12th & Chapline Streets
> Wheeling, WV  26003
>
> Eric A. Schaffer, Esq.
> Many Emamzadeh, Esq.
> Reed Smith, LLP
> 435 Sixth Avenue
> Pittsburgh, PA  15219
> *Counsel for JP Morgan Trust Co.*

Akin Gump Strauss Hauer & Feld, LLP
Attention: Informal Committee of Senior Secured Noteholders
590 Madison Avenue
New York, NY 10022

Mr. Robert Fletcher
Weirton Steel Corporation
400 Three Springs Drive
Weirton, WV 26062

Lee F. Feinberg (WV State Bar # 1173)

# SPILMAN THOMAS & BATTLE, PLLC

### ATTORNEYS AT LAW

Prepared for:

Weirton Steel Corporation
Kenneth W. Kubrick, Esquire
400 Three Springs Drive
Weirton, WV 26062-4989

August 23, 2004
Client: 000492
Matter: 0879
Attorney: Charles L. Woody
Invoice: 5016769
FEIN: 55-0282458

**CLIENT:** Weirton Steel Corporation
**MATTER:** General Labor

| Previous Balance $ | Payments/Credits $ | Retainer Balance $ | New Charges $ | New Balance $ | Please Pay By: |
|---|---|---|---|---|---|
| 17,686.43 | (17,227.10) | 0.00 | 1,036.00 | 1,495.33 | September 22, 2004 |

Terms - Payable in full on receipt

## INVOICE SUMMARY

| | |
|---|---|
| Fees for Professional Services | $1,036.00 |
| Costs | 0.00 |
| **TOTAL THIS INVOICE** | **$1,036.00** |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 1,036.00 | 459.33 | 0.00 | 0.00 | 0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

Questions about your account?
Call 1-800-967-8251

August 23, 2004
Client: 000492
Matter: 0879
Attorney: Charles L. Woody
Invoice: 5016769

# SPILMAN THOMAS & BATTLE, PLLC
### ATTORNEYS AT LAW

Mail payment to:

| New Balance $ | Amount Enclosed $ |
|---|---|
| 1,495.33 | |

ATTN: Accounts Receivable
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Post Office Box 273
Charleston, WV 25321-0273

Payment Coupon

# SPILMAN THOMAS & BATTLE, PLLC

### ATTORNEYS AT LAW

**CLIENT:** 000492
**MATTER:** 0879

| Date of Service | Timekeeper/Title | Description | Hours | Amount $ |
|---|---|---|---|---|
| **PROFESSIONAL SERVICES** | | | | |
| 07/08/04 | Charles L. Woody<br>Member | Telephone conference with Kristen Kastner regarding garnishment in West Virginia and Ohio; office conference of Messrs. Woody and McCallister regarding research to respond to inquiry. | 0.50 | 120.00 |
| 07/08/04 | Andrew McCallister<br>Law Clerk | Meet with Charles L. Woody regarding project exploring W. Va. law on garnishment of wages. | 0.20 | 16.00 |
| 07/09/04 | Andrew McCallister<br>Law Clerk | Research W. Va. law on garnishment of wages and "what law controls" when judgment debtor works in different state than he lives. | 5.60 | 448.00 |
| 07/12/04 | Charles L. Woody<br>Member | Three telephone conferences with Ms. Kastner regarding garnishment law in West Virginia; office conference of Messrs. Woody and McCallister regarding his research on issue. | 0.75 | 180.00 |
| 07/12/04 | Andrew McCallister<br>Law Clerk | Compose memorandum regarding transition benefit program and garnishment of wages; further research into topic. | 3.40 | 272.00 |
| | Fees for Professional Services | | | 1,036.00 |

# SPILMAN THOMAS & BATTLE. PLLC

### A T T O R N E Y S   A T   L A W

**CLIENT:** 000492
**MATTER:** 0879

---

MATTER FEE SUMMARY

---

| TIMEKEEPER | CURRENT INVOICE | | | YEAR-TO-DATE | | LIFE-TO-DATE | |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | $ | Hours | $ | Hours | $ |
| Andrew McCallister | 9.20 | 80.00 | 736.00 | 9.20 | 736.00 | 9.20 | 736.00 |
| Charles L. Woody | 1.25 | 240.00 | 300.00 | 10.75 | 2,580.00 | 16.95 | 3,854.15 |
| Other Timekeepers | 0.00 | 0.00 | 0.00 | 228.00 | 41,678.25 | 501.80 | 87,464.25 |
| **TOTAL** | **10.45** | | **$1,036.00** | **247.95** | **$44,994.25** | **527.95** | **$92,054.40** |

# SPILMAN THOMAS & BATTLE, PLLC

### ATTORNEYS AT LAW

Prepared for:

Weirton Steel Corporation
William R. Kiefer
400 Three Springs Drive
Weirton, WV 26062

August 23, 2004
Client:    000492
Matter:    1697
Attorney:  David L. Robertson
Invoice:   5016771
FEIN:      55-0282458

**CLIENT:** Weirton Steel Corporation
**MATTER:** American Commercial Barge
Lines, LLC

| Previous Balance $ | Payments/Credits $ | Retainer Balance $ | New Charges $ | New Balance $ | Please Pay By: |
|---|---|---|---|---|---|
| 1,174.80 | 0.00 | 0.00 | 2,268.01 | 3,442.81 | September 22, 2004 |

Terms - Payable in full on receipt

## INVOICE SUMMARY

| | |
|---|---|
| Fees for Professional Services | $2,267.50 |
| Costs | 0.51 |
| **TOTAL THIS INVOICE** | **$2,268.01** |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 2,268.01 | 1,174.80 | 0.00 | 0.00 | 0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

Questions about your account?
Call 1-800-967-8251

# SPILMAN THOMAS & BATTLE, PLLC

### ATTORNEYS AT LAW

August 23, 2004
Client:    000492
Matter:    1697
Attorney:  David L. Robertson
Invoice:   5016771

Mail payment to:

| New Balance $ | Amount Enclosed $ |
|---|---|
| 3,442.81 | |

ATTN:  Accounts Receivable
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Post Office Box 273
Charleston, WV 25321-0273

Payment Coupon

# SPILMAN THOMAS & BATTLE, PLLC

### ATTORNEYS AT LAW

**CLIENT:** 000492
**MATTER:** 1697

| Date of Service | Timekeeper/Title | Description | Hours | Amount $ |
|---|---|---|---|---|
| **PROFESSIONAL SERVICES** | | | | |
| 07/02/04 | Robert J. Hannen<br>Sr. Attorney | Work on Evidentiary outline. | 0.70 | 105.00 |
| 07/06/04 | Robert J. Hannen<br>Sr. Attorney | Telephone conference with Len Fornella re status of Kingston's review of claim. | 0.20 | 30.00 |
| 07/07/04 | Robert J. Hannen<br>Sr. Attorney | Work on litigation plan. | 1.20 | 180.00 |
| 07/09/04 | Robert J. Hannen<br>Sr. Attorney | Work on litigation plan. | 0.50 | 75.00 |
| 07/12/04 | Patrick A. Bennett<br>Associate | Reviewing file for purposes of drafting memorandum to Rob Hannen regarding issues to be proven at trial, evidence to show the same and related maters; Begin drafting memorandum. | 2.70 | 337.50 |
| 07/13/04 | Patrick A. Bennett<br>Associate | Conference with Rob Hannen regarding evidentiary issues and related matters. | 0.50 | 62.50 |
| 07/13/04 | Patrick A. Bennett<br>Associate | Continue working on memorandum to Rob Hannen regarding evidentiary matters and identifying documents and witnesses related thereto. | 3.10 | 387.50 |
| 07/13/04 | Robert J. Hannen<br>Sr. Attorney | Review Order of Court permitting suit to be filed. | 0.20 | 30.00 |
| 07/14/04 | Patrick A. Bennett<br>Associate | Conference with Rob Hannen regarding claims to be asserted against ACBL. | 0.50 | 62.50 |
| 07/15/04 | Patrick A. Bennett<br>Associate | Draft letter to Ken Kubrick regarding evidence needed to prosecute case against ACBL. | 1.30 | 162.50 |
| 07/15/04 | Patrick A. Bennett<br>Associate | Telephone conference with Rob Hannen regarding evidentiary and related issues related to claim against ACBL. | 0.60 | 75.00 |
| 07/15/04 | Robert J. Hannen<br>Sr. Attorney | Work on outline of issues for which witnesses and documents must be identified. | 1.00 | 150.00 |

# SPILMAN THOMAS & BATTLE, PLLC

A T T O R N E Y S   A T   L A W

**CLIENT:** 000492
**MATTER:** 1697

| | | | | |
|---|---|---|---|---|
| 07/16/04 | Patrick A. Bennett | Revise letter to Ken Kubrick regarding ACBL. | | |
| | Associate | | 0.30 | 37.50 |
| 07/19/04 | Robert J. Hannen | Revise and finalize letter to Ken Kubrick re need for documents and witnesses. | | |
| | Sr. Attorney | | 0.40 | 60.00 |
| 07/27/04 | Patrick A. Bennett | Draft Complaint against ACBL by Weirton Steel Corp. | | |
| | Associate | | 2.40 | 300.00 |
| 07/28/04 | Patrick A. Bennett | Continue working on draft of Complaint in ACBL. | | |
| | Associate | | 1.70 | 212.50 |
| | Fees for Professional Services | | | 2,267.50 |

# SPILMAN THOMAS & BATTLE. PLLC

A T T O R N E Y S   A T   L A W

**CLIENT:** 000492
**MATTER:** 1697

| Date | Description | Amount $ |
|------|-------------|----------|
| **COSTS** | | |
| 07/23/04 | Phone Calls | 0.04 |
| 07/23/04 | Phone Calls | 0.47 |
| TOTAL COSTS | | 0.51 |

# SPILMAN THOMAS & BATTLE, PLLC

### ATTORNEYS AT LAW

**CLIENT:** 000492
**MATTER:** 1697

MATTER FEE SUMMARY

| TIMEKEEPER | CURRENT INVOICE | | | YEAR-TO-DATE | | LIFE-TO-DATE | |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | $ | Hours | $ | Hours | $ |
| Patrick A. Bennett | 13.10 | 125.00 | 1,637.50 | 21.05 | 2,631.25 | 33.25 | 3,921.10 |
| Robert J. Hannen | 4.20 | 150.00 | 630.00 | 24.50 | 3,675.00 | 88.20 | 12,232.65 |
| Other Timekeepers | 0.00 | 0.00 | 0.00 | 3.35 | 551.25 | 23.45 | 3,359.37 |
| **TOTAL** | **17.30** | | **$2,267.50** | **48.90** | **$6,857.50** | **144.90** | **$19,513.12** |

# SPILMAN THOMAS & BATTLE, PLLC
### ATTORNEYS AT LAW

Prepared for:

Weirton Steel Corporation
William R. Kiefer
400 Three Springs Drive
Weirton, WV 26062-4989

August 23, 2004
Client:    000492
Matter:    1666
Attorney:  David L. Robertson
Invoice:   5016770
FEIN:      55-0282458

**CLIENT:**   Weirton Steel Corporation
**MATTER:**   Bailey, Michael S., et al

| Previous Balance $ | Payments/Credits $ | Retainer Balance $ | New Charges $ | New Balance $ | Please Pay By: |
|---|---|---|---|---|---|
| 1,208.40 | 0.00 | 0.00 | 350.64 | 1,559.04 | September 22, 2004 |

Terms - Payable in full on receipt

## INVOICE SUMMARY

| | |
|---|---|
| Fees for Professional Services | $350.00 |
| Costs | 0.64 |
| **TOTAL THIS INVOICE** | **$350.64** |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 350.64 | 1,208.40 | 0.00 | 0.00 | 0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

Questions about your account?
Call 1-800-967-8251

August 23, 2004
Client:    000492
Matter:    1666
Attorney: David L. Robertson
Invoice:   5016770

# SPILMAN THOMAS & BATTLE, PLLC
### ATTORNEYS AT LAW

Mail payment to:

ATTN:  Accounts Receivable
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Post Office Box 273
Charleston, WV 25321-0273

| New Balance $ | Amount Enclosed $ |
|---|---|
| 1,559.04 | |

Payment Coupon

# SPILMAN THOMAS & BATTLE, PLLC

### A T T O R N E Y S   A T   L A W

**CLIENT:** 000492
**MATTER:** 1666

| Date of Service | Timekeeper/Title | Description | Hours | Amount $ |
|---|---|---|---|---|
| | | | | |

## PROFESSIONAL SERVICES

| Date of Service | Timekeeper/Title | Description | Hours | Amount $ |
|---|---|---|---|---|
| 07/23/04 | Patrick A. Bennett<br>Associate | Two telephone conferences with Jay Lazar of ISG regarding potential settlement of the Velliky suit and related matters. | 0.90 | 112.50 |
| 07/23/04 | Patrick A. Bennett<br>Associate | Telephone conference with Ken Kubrick regarding settlement of Velliky suit. | 0.20 | 25.00 |
| 07/23/04 | Patrick A. Bennett<br>Associate | Telephone conference with Jim Walls regarding potential settlement of case and related matters. | 0.20 | 25.00 |
| 07/27/04 | Patrick A. Bennett<br>Associate | Telephone conference with Jay Lazar re settlement of Bailey and related matters. | 0.40 | 50.00 |
| 07/27/04 | Patrick A. Bennett<br>Associate | Telephone conference with Ken Kubrick re same. | 0.20 | 25.00 |
| 07/28/04 | Patrick A. Bennett<br>Associate | Telephone conference with Jay Lazar re settlement with Mike Bailey and related matters. | 0.50 | 62.50 |
| 07/30/04 | James A. Walls<br>Member | Conference with Attorney Pat Bennett regarding pretrial conference. | 0.25 | 50.00 |
| | Fees for Professional Services | | | 350.00 |

# SPILMAN THOMAS & BATTLE, PLLC

### A T T O R N E Y S   A T   L A W

**CLIENT:** 000492
**MATTER:** 1666

| Date | Description | Amount $ |
|------|-------------|----------|
| **COSTS** | | |
| 07/23/04 | Phone Calls | 0.64 |
| TOTAL COSTS | | 0.64 |

Case 5:03-bk-01802   Doc 2813   Filed 08/25/04   Entered 08/25/04 10:33:46   Desc
Main Document    Page 16 of 24

# SPILMAN THOMAS & BATTLE. PLLC

### A T T O R N E Y S   A T   L A W

**CLIENT:** 000492
**MATTER:** 1666

MATTER FEE SUMMARY

| TIMEKEEPER | CURRENT INVOICE | | | YEAR-TO-DATE | | LIFE-TO-DATE | |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | $ | Hours | $ | Hours | $ |
| James A. Walls | 0.25 | 200.00 | 50.00 | 72.00 | 14,400.00 | 419.25 | 73,704.66 |
| Patrick A. Bennett | 2.40 | 125.00 | 300.00 | 115.80 | 14,475.00 | 478.85 | 56,385.63 |
| Other Timekeepers | 0.00 | 0.00 | 0.00 | 0.90 | 225.00 | 292.90 | 34,955.26 |
| **TOTAL** | **2.65** | | **$350.00** | **188.70** | **$29,100.00** | **1,191.00** | **$165,045.55** |

# SPILMAN THOMAS & BATTLE, PLLC

A T T O R N E Y S   A T   L A W

Prepared for:

Weirton Steel Corporation
400 Three Springs Drive
Weirton, WV 26062-4989

August 23, 2004
Client:    000492
Matter:    1756
Attorney:  David L. Robertson
Invoice:   5016772
FEIN:      55-0282458

**CLIENT:**  Weirton Steel Corporation
**MATTER:**  Jacobs, Terry

| Previous Balance $ | Payments/Credits $ | Retainer Balance $ | New Charges $ | New Balance $ | Please Pay By: |
|---|---|---|---|---|---|
| 2,402.00 | 0.00 | 0.00 | 655.00 | 3,057.00 | September 22, 2004 |

Terms - Payable in full on receipt

## INVOICE SUMMARY

| | |
|---|---|
| Fees for Professional Services | $631.25 |
| Costs | 23.75 |
| **TOTAL THIS INVOICE** | **$655.00** |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 655.00 | 2,402.00 | 0.00 | 0.00 | 0.00 |

Questions about your account?
Call 1-800-967-8251

↓ Please fold on the perforation below, detach and return with your payment ↓

August 23, 2004
Client:    000492
Matter:    1756
Attorney: David L. Robertson
Invoice:   5016772

# SPILMAN THOMAS & BATTLE, PLLC

A T T O R N E Y S   A T   L A W

Mail payment to:

ATTN:  Accounts Receivable
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Post Office Box 273
Charleston, WV 25321-0273

| New Balance $ | Amount Enclosed $ |
|---|---|
| 3,057.00 | |

Payment Coupon



# SPILMAN THOMAS & BATTLE. PLLC

### ATTORNEYS AT LAW

CLIENT: 000492
MATTER: 1756

| Date of Service | Timekeeper/Title | Description | Hours | Amount $ |
|---|---|---|---|---|
| | | | | |

**PROFESSIONAL SERVICES**

| Date of Service | Timekeeper/Title | Description | Hours | Amount $ |
|---|---|---|---|---|
| 07/02/04 | James A. Walls<br>Member | Conference call with Attorney Sally Edison of McGuire Woods and Attorney Kenneth Kubrick regarding administrative claim. | 0.50 | 92.50 |
| 07/06/04 | David J. Hardy<br>Member | Reviewing draft settlement motion; preparing memorandum to file. | 0.30 | 61.50 |
| 07/08/04 | David J. Hardy<br>Member | Reviewing settlement agreement and citations; telephone conference with client's representative; telephone conference with client's representative; preparing memorandum to file. | 0.40 | 82.00 |
| 07/22/04 | Patrick A. Bennett<br>Associate | Telephone conferences with Mark Colantonio, Larry Swearingen and Duane Jennings regarding depositions of Messrs. Jennings and Swearingen. | 0.60 | 75.00 |
| 07/22/04 | Patrick A. Bennett<br>Associate | Drafting response to Plaintiff's Interrogatories and Document Requests. | 1.70 | 212.50 |
| 07/30/04 | James A. Walls<br>Member | Conference with Attorney Pat Bennett regarding various witnesses, including Darrin Sebastian, who has resigned from Weirton Steel. | 0.25 | 46.25 |
| 07/30/04 | David J. Hardy<br>Member | Telephone conference with OSHA counsel; telephone conference with Administrative Law Judge regarding settlement agreement; preparing memorandum to file. | 0.30 | 61.50 |
| | Fees for Professional Services | | | 631.25 |

# SPILMAN THOMAS & BATTLE. PLLC

### A T T O R N E Y S  A T  L A W

**CLIENT:** 000492
**MATTER:** 1756

| Date | Description | Amount $ |
|------|-------------|----------|
| **COSTS** | | |
| 07/23/04 | Phone Calls | 0.15 |
| 07/12/04 | Copies | 2.80 |
| 07/12/04 | Copies | 2.80 |
| 07/06/04 | Facsimile Costs | 9.00 |
| 07/08/04 | Facsimile Costs | 9.00 |
| TOTAL COSTS | | 23.75 |

# SPILMAN THOMAS & BATTLE. P..LC

### A T T O R N E Y S  A T  L A W

**CLIENT:** 000492
**MATTER:** 1756

---

MATTER FEE SUMMARY

---

| TIMEKEEPER | CURRENT INVOICE | | | YEAR-TO-DATE | | LIFE-TO-DATE | |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | $ | Hours | $ | Hours | $ |
| David J. Hardy | 1.00 | 205.00 | 205.00 | 13.60 | 2,788.00 | 68.20 | 13,981.00 |
| James A. Walls | 0.75 | 185.00 | 138.75 | 5.75 | 1,063.75 | 29.50 | 5,457.50 |
| Patrick A. Bennett | 2.30 | 125.00 | 287.50 | 78.65 | 9,831.25 | 107.45 | 13,431.25 |
| Other Timekeepers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.65 | 802.50 |
| **TOTAL** | **4.05** | | **$631.25** | **98.00** | **$13,683.00** | **209.80** | **$33,672.25** |

# SPILMAN THOMAS & BATTLE, PLLC
### ATTORNEYS AT LAW

Prepared for:

Weirton Steel Corporation
Attn. William R. Kiefer, Esq.
400 Three Springs Drive
Weirton, WV  26062

August 23, 2004
Client:    000492
Matter:    0034
Attorney: Lee F. Feinberg
Invoice:   5016773
FEIN:      55-0282458

**CLIENT:**  Weirton Steel Corporation
**MATTER:**  Utility

| Previous Balance $ | Payments/Credits $ | Retainer Balance $ | New Charges $ | New Balance $ | Please Pay By: |
|---|---|---|---|---|---|
| 32,994.38 | (32,994.38) | 0.00 | 146.25 | 146.25 | September 22, 2004 |

Terms - Payable in full on receipt

## INVOICE SUMMARY

Fees for Professional Services        $146.25
Costs                                    0.00

**TOTAL THIS INVOICE**                 **$146.25**

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 146.25 | 0.00 | 0.00 | 0.00 | 0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

Questions about your account?
Call 1-800-967-8251

August 23, 2004
Client:    000492
Matter:    0034
Attorney: Lee F. Feinberg
Invoice:   5016773

# SPILMAN THOMAS & BATTLE, PLLC
### ATTORNEYS AT LAW

Mail payment to:

| New Balance $ | Amount Enclosed $ |
|---|---|
| 146.25 | |

ATTN:  Accounts Receivable
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Post Office Box 273
Charleston, WV 25321-0273

Payment Coupon

# SPILMAN THOMAS & BATTLE, PLLC

A T T O R N E Y S   A T   L A W

**CLIENT:** 000492
**MATTER:** 0034

| Date of Service | Timekeeper/Title | Description | Hours | Amount $ |
|---|---|---|---|---|
| **PROFESSIONAL SERVICES** | | | | |
| 07/07/04 | Susan J. Riggs<br>Member | Review PSC Gas Rules; telephone conference with Ms. Karen Miller regarding same; prepared final version of PSC Gas Rules with comments of Task Force members. | 0.25 | 48.75 |
| 07/08/04 | Susan J. Riggs<br>Member | Reviewed final comments of task force members to the Rules; worked on final draft of Rules for the Task Force's report. | 0.50 | 97.50 |
| | Fees for Professional Services | | | 146.25 |

# SPILMAN THOMAS & BATTLE, PLLC

### ATTORNEYS AT LAW

**CLIENT:** 000492
**MATTER:** 0034

---

MATTER FEE SUMMARY

---

| TIMEKEEPER | CURRENT INVOICE | | | YEAR-TO-DATE | | LIFE-TO-DATE | |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | $ | Hours | $ | Hours | $ |
| Susan J. Riggs | 0.75 | 195.00 | 146.25 | 29.45 | 5,742.75 | 1,779.85 | 252,521.83 |
| Other Timekeepers | 0.00 | 0.00 | 0.00 | 209.40 | 51,070.50 | 10,259.39 | 2,446,258.87 |
| **TOTAL** | **0.75** | | **$146.25** | **238.85** | **$56,813.25** | **12,039.24** | **$2,698,780.70** |