## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 5:03-BK-01802 |
| | : | |
| WEIRTON STEEL CORPORATION, | : | Chapter 11 |
| | : | |
| Debtor. | : | Honorable L. Edward Friend, II |
| | : | United States Bankruptcy Judge |
| | : | |

**SUMMARY COVER SHEET ON THE FINAL FEE APPLICATION OF BAILEY, RILEY, BUCH & HARMAN, LC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM MAY 19, 2003 THROUGH AUGUST 24, 2004**

To All Creditors and Parties-In-Interest:

1.  An order authorizing the retention of Bailey, Riley, Buch & Harman, LC as bankruptcy co-counsel to Weirton Steel Corporation was entered on or about June 23, 2003. The order approving the retention of Bailey, Riley, Buch & Harman, LC ("*BRBH*" or "*Applicant*") as counsel is attached hereto as Exhibit A.

2.  This is the final Fee Application of BRBH for the period from May 19, 2003 through August 24, 2004 (the "*Application*").

3.  Applicant received a retainer in the amount of $40,006.94 in connection with its representation of the Debtor.

4.  Pursuant to the Administrative Order in this Chapter 11 Case Regarding Interim Compensation of Professionals dated May 21, 2003 (the "*Administrative Order*"), and the Modified Administrative Order dated June 10, 2004 (the "*Modified Administrative Order*"), BRBH has received interim approval for 100% of fees of $101,108.00 and 100% of expenses of $3,044.18 for the period of May 19, 2003 through May 16, 2004.

5.  For the period from May 17, 2004 through August 24, 2004 ("*Final Period*"), BRBH provided a total of 106.70 hours of legal and paralegal services on behalf of the Debtor. The value of these services provided by BRBH during the Final Period is $27,480.50. BRBH disbursed the amount of $2,283.23 in expenses during the Final Period.

6.  By this Application, BRBH seeks final approval of compensation in the amount of $128,588.50 in fees and reimbursement of expenses in the amount of $5,327.41 for services rendered for the period from May 19, 2003 through August 24, 2004 ("*Application Period*"). During the Application Period, BRBH provided a total of 522.60 hours of legal and paralegal services on behalf of the Debtor.

7.  Any written objections to this Application must be served on the Notice Parties, as that term is defined in the Administrative Order, no later than October 13, 2004.

Dated: September 23, 2004

Respectfully submitted,

**BAILEY, RILEY, BUCH & HARMAN, LC**

By: */s/ Arch W. Riley Jr.*
Arch W. Riley Jr., Esquire (WV ID #3107)
Riley Building
53 – 14th ST STE 900
Post Office Box 631
Wheeling, WV 26003-0081
Telephone: 304.232.6675
Facsimile: 304.232.9897
Email: arileyjr@brbhlaw.com

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 5:03-BK-01802 |
| | : | |
| WEIRTON STEEL CORPORATION, | : | Chapter 11 |
| | : | |
| Debtor. | : | Honorable L. Edward Friend, II |
| | : | United States Bankruptcy Judge |
| | : | |

**FINAL FEE APPLICATION OF BAILEY, RILEY, BUCH & HARMAN, LC FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR
FOR THE PERIOD FROM MAY 19, 2003 THROUGH AUGUST 24, 2004**

TO:     THE HONORABLE L. EDWARD FRIEND, II

Bailey, Riley, Buch & Harman, LC ("*BRBH*" or "*Applicant*"), counsel to the Debtor, pursuant to §§330(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, the *Administrative Order* entered on May 21, 2003 and the *Plan of Liquidation under Chapter 11 of the United States Bankruptcy Code* filed on June 7, 2004, and the *Finding of Fact, Conclusions of Law and Order Under Sections 1129(a) and (b) of the Bankruptcy Code and Rule 3020 of the Federal Rules of Bankruptcy Procedure Confirming Debtor's Plan of Liquidation* entered on August 24, 2004, files the within Fee Final Application of BRBH for the period from May 19, 2003, to and including August 24, 2004 (the "*Application*").

## BACKGROUND

1.     Weirton Steel Corporation ("*Weirton*", or the "*Debtor*") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on May 19, 2003.  The Debtor continues to operate its business and affairs in the ordinary course as a Debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.     On June 23, 2003, this Court approved the retention and employment of BRBH, as counsel to the Debtor.  A copy of the order approving the retention and employment of BRBH is attached hereto as Exhibit A.

3.      By this Application, McGuireWoods seeks final approval of compensation in the amount of $3,075,655.00 in fees and reimbursement of expenses in the amount of $403,379.94 for services rendered for the period from May 19, 2003 through August 24, 2004 ("*Application Period*").

4.      Copies of the following documents are on file with the Court and can be provided or reviewed upon request: (i) all Invoices of services and disbursements expended by BRBH during the period from May 19, 2003 through May 16, 2004; (ii) a narrative statement of the services rendered and a summary of the time and charges of each professional who rendered services during the period from May 19, 2003 through May 16, 2004; and (iii) a listing of the names, title, and hourly rates for each professional and paraprofessional who rendered services during the period from May 19, 2003 through May 16, 2004.

5.      During the period from May 17, 2004 through August 24, 2004 ("*Final Period*"), BRBH provided a total of 106.70 hours of legal and paralegal services on behalf of the Debtors.

6.      The value of the services performed by BRBH on behalf of the Debtor during the Final Period is $27,480.50.

7.      BRBH has accounted for its time by designating twenty-three (23) separate categories, standard for a case of this size and nature, to which time was billed as follows:

| | |
|---|---|
| 01 | General (Administrative Matters) |
| 02 | Petition, Schedules and Financial Reports |
| 03 | Investigation of Prepetition Transactions |
| 04 | Debtor in Possession Financing |
| 05 | Monthly Reports |
| 06 | Cash Collateral |
| 07 | Creditors Inquiries |
| 08 | Docket Review |
| 09 | Employee Matters |
| 10 | Executory Contracts, Personality Leases and Real Estate Leases |
| 11 | Reclamation |
| 12 | Client Conferences |
| 13 | Disclosure Statement and Plan of Reorganization |
| 14 | Insurance |
| 15 | Taxes |
| 16 | Utilities |
| 17 | Creditors' Committee |

18    Claims Processing
19    Miscellaneous Motions and Adversary Proceedings
19.1  Maxim Mechanic's Lien Complaint for Declaratory Relief
20    Sales
21    Motions for Relief from Stay
22    Retention of Professionals and Fee Applications

8.    A narrative statement of the services rendered in each category and a summary of the time and charges of each professional who rendered services during the Final Period and the grand total of all time and charges for services rendered in each category is as follows:

01    <u>General (Administrative Matters)</u>.  Services rendered in this category include the review of papers, attendance at 341 hearings of the Debtors and other miscellaneous matters.  The total hours in this category are 2.00 and the total amount of compensation sought in this category is $490.00. (NB: This also includes time miscoded under Code B110).

02    <u>Petition, Schedules and Financial Reports</u>.  There were no services rendered in this category.

03    <u>Investigation of Prepetition Transactions</u>.  There were no services rendered in this category.

04    <u>Debtor-in-Possession Financing</u>.  Services rendered in this category include prepare of the letter to the DIP lender on fees.  The total hours sought in this category are 1.40 and the total amount of compensation sought in this category is $343.00.

05    <u>Monthly Reports</u>.  There were no services rendered in this category.

06    <u>Cash Collateral</u>.  There were no services rendered in this category.

07    <u>Creditors Inquiries</u>.  Services rendered in this category include inquiries from creditors and vendors regarding the bankruptcy.  The total hours in this category are 8.60 and the total amount of compensation sought in this category is $2,107.00.

08    <u>Docket Review</u>.  Services rendered in this category include review of papers docketed with the bankruptcy court.  The total hours sought in this category are 4.70 and the total amount of compensation sought in this category is $1,151.50.

09    <u>Employee Matters</u>.  There were no services rendered in this category.

10    <u>Executory Contracts, Personalty Leases and Real Estate Leases</u>.  Services rendered in this category include review of papers and attendance at hearings on executory contracts.  The total hours sought in this category are 1.10 and the total amount of compensation sought in this category is $269.50.

11 Reclamation. There were no services rendered in this category.

12 Client Conferences. There were no services rendered in this category.

13 Disclosure Statement and Plan of Reorganization. Services rendered in this category include review of papers related to the plan and disclosure statement and attendance at confirmation hearing. The total hours in this category are 3.50 and the total amount of compensation sought is $857.50.

14 Insurance. There were no services rendered in this category.

15 Taxes. There were no services rendered in this category.

16 Utilities. There were no services rendered in this category.

17 Creditors' Committee. There were no services rendered in this category.

18 Claims Processing. Services rendered in this category include review of papers and attendance at hearings on executory contracts. The total hours sought in this category are 0.60 and the total amount of compensation sought in this category is $147.00.

19 Miscellaneous Motions and Adversary Proceedings. Services rendered in this category include review of papers and attendance at hearings on various miscellaneous motions and the attendance at hearings related to them. The total hours in this category are 8.10 and the total amount of compensation sought is $1,984.50.

19.1 Maxim Mechanic's Lien Complaint for Declaratory Relief. Services rendered in this category are related to the litigation of Debtor's complaint for declaratory relief against Anthony Crane Rental, L.P., d.b.a. Maxim Crane Rental. The total hours in this category are 58.20 and the total amount of compensation sought is $15,786.50.

20 Sales. Services rendered in this category include review of papers relating to Debtor's motion to sell substantially all assets to ISG and appeals taken thereto. The total hours in this category is 3.40 and the total amount of compensation sought is $789.50.

21 Motions for Relief from Stay. Services rendered in this category include review of papers and attendance at hearings on various motions for relief from stay. The total hours in this category are 0.90 and the total amount of compensation sought is $220.50.

22 Retention of Professionals and Fee Applications. Services rendered in this category include preparation of interim fee applications. The total hours in this category are 14.20 and the total amount of compensation sought is $3,334.00.

Case 5:03-bk-01802 Doc 2894 Filed 09/23/04 Entered 09/23/04 15:52:23 Desc
Main Document Page 6 of 29

4

9.     A list of the individual professionals and paraprofessionals who have rendered services during the Final Period hourly rates is set forth on page 12 of Exhibit B.

10.    A summary of expenses incurred during the Final Period is set forth on page 13 of Exhibit B.

11.    The fees and expenses requested by BRBH are based on the firm's usual and customary hourly rates and expenses charged for work performed for other clients on both bankruptcy and non-bankruptcy related matters.

12.    Except as has been disclosed in the Declaration of Arch W. Riley Jr., attached to the Motion to Retain and Employ BRBH as co-counsel for the Debtor has had no contact with the Debtor or other parties in interest in this case, prior to the commencement of this case.

13.    As set forth in the attached Affidavit of Arch W. Riley Jr., Bailey, Riley, Buch & Harman, LC has not represented or held an interest adverse to the estate, and is a disinterested person within the meaning established by § 327(a) of the Bankruptcy Code.  Additionally, no division of fees prohibited by § 504 of the Bankruptcy Code and no agreement prohibited by 18 U.S.C. § 155 has been or will be made by Bailey, Riley, Buch & Harman, LC or any of its employees.

[The remainder of this page is intentionally left blank.]

WHEREFORE, Bailey, Riley, Buch & Harman, LC respectfully requests that this Honorable Court enter an Order substantially in the form attached hereto, granting final approval of compensation in the amount of $128,588.50 in fees and reimbursement of expenses in the amount of $5,327.41 for services rendered during the period from May 19, 2003 through August 24, 2004.

Dated:  September 23, 2004

Respectfully submitted,

**BAILEY, RILEY, BUCH & HARMAN, LC**

By: */s/ Arch W. Riley Jr.*
Arch W. Riley Jr., Esquire (WV ID #3107)
Riley Building
53 – 14th ST STE 900
Post Office Box 631
Wheeling, WV  26003-0081
Telephone:  304.232.6675
Facsimile:  304.232.9897
Email:  arileyjr@brbhlaw.com

Co-Counsel to Weirton Steel Corporation

## **AFFIDAVIT**

STATE OF WEST VIRGINIA                              )
                                                   )    SS:
COUNTY OF OHIO                                      )

Arch W. Riley Jr., being first duly sworn on oath, deposes and says that he is a shareholder in the law firm of Bailey, Riley, Buch & Harman, LC, co-counsel for Weirton Steel Corporation.

That Bailey, Riley, Buch & Harman, LC is a disinterested person and does not represent or hold an interest adverse to the interests of the Estates on the matters for which it was employed, in accordance with Section 327(a) of the Bankruptcy Code;

That no prohibited agreement or understanding exists between Bailey, Riley, Buch & Harman, LC or any of its employees and any other person or persons for a division of compensation in this proceeding;

That no division of fees prohibited by §504 of the Bankruptcy Code has been or will be made;

That no agreement prohibited by 18 U.S.C. §155 has been or will be made by Bailey, Riley, Buch & Harman, LC or any of its employees;

That no other prohibited division of compensation has been or will be made by Bailey, Riley, Buch & Harman, LC or any of its employees;

That, in addition, the foregoing Application is submitted in accordance with the provisions of Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Rules of this Court.

/s/ Arch W. Riley Jr.
Arch W. Riley Jr.

Sworn to and subscribed
before me this 23rd day
of September 2004.

/s/ Tina M. Fedorko
    Notary Public

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE:                :      Bankruptcy No. 5:03-BK-01802

                       :

WEIRTON STEEL CORPORATION,    :      Chapter 11

                       :

          Debtor.       :      Honorable L. Edward Friend, II

                       :      United States Bankruptcy Judge

                       :

**ORDER APPROVING THE FINAL FEE APPLICATION OF BAILEY, RILEY, BUCH &
HARMAN, LC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM MAY 19, 2003 THROUGH
AUGUST 24, 2004**

This matter having come before the Court upon the Final Fee Application of BRBH for

the period from May 19, 2003 through August 24, 2004 (the "*Application*"), notice for objection to

these fees and expenses having been given as required by the Order Establishing Interim

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and

no objections thereto having been received, and this Court being otherwise sufficiently advised,

it is hereby

**ORDERED** that the Application be and hereby is APPROVED and that the firm of Bailey,

Riley, Buch & Harman, LC is hereby awarded final approval of compensation in the amount of

$128,588.50 and reimbursement of expenses in the amount of $5,327.41 for the period of May

19, 2003 through August 24, 2004.

DATED:_____

                           _____

                           THE HONORABLE L. EDWARD FRIEND, II
                           UNITED STATES BANKRUPTCY JUDGE

TENDERED BY:

*/s/ Arch W. Riley Jr.*
**BAILEY, RILEY, BUCH & HARMAN, LC**
Arch W. Riley Jr., Esquire (WVSB # 3107)
Riley Building
53 14th ST STE 900
Post Office Box 631
Wheeling, WV 26003-0081

Tel: 304.232.6675
Fax: 304.232.9897
E-Mail: arileyjr@brbhlaw.com

CO-COUNSEL FOR THE DEBTOR

# Exhibit A

IN RE:                                    : Bankruptcy No.
                                          :
WEIRTON STEEL CORPORATION,                : Chapter 11
                                          :
        Debtor.                           : L. Edward Friend, II
                                          : United States Bankruptcy Judge
                                          :

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
### BAILEY, RILEY, BUCH & HARMAN, L.C. AS CO-COUNSEL TO THE DEBTOR

Upon the application (the "Application") of the Debtor for an order pursuant to section

327(a) of title 11 of the United States Code (the "Bankruptcy Code") authorizing and approving

the employment and retention of Bailey, Riley, Buch & Harman, L.C. ("BRBH") under a general

retainer to serve as Debtor's co-counsel in its case; and upon the Unsworn Declaration of Arch

W. Riley Jr., a shareholder and officer of BRBH (the "Riley Declaration"); and the Court being

satisfied, based on the representations made in the Application and the Riley Declaration, that

said attorneys represent no interest adverse to the Debtor's estates with respect to the matters

upon which they are to be engaged, and that the employment of BRBH, as Debtor's local

counsel, is necessary and in the best interests of the Debtor and its estate; and it appearing that

adequate and sufficient notice of the Application having been given to the parties specified in

the Application, and that no other or further notice need be given; and upon all of the

proceedings had before the Court; and after due deliberation and sufficient cause appearing

therefore, it is

ORDERED that, pursuant to section 327(a) of the Bankruptcy Code and Fed. R. Bankr.

P. 2014(a), the Debtor is authorized to employ and retain BRBH as Debtor's local counsel under

FIN: 125152 v. 1

a general retainer effective as of the Filing Date to continue to advise and represent the Debtor; and it is further

ORDERED that BRBH shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Federal Rules of Bankruptcy Procedure, Local Rules, the Fee Guidelines promulgated by the Executive Office of the United States Trustee, and procedures as may be fixed by order of this Court, and BRBH is hereby authorized to hold and apply the retainer of approximately $40,000.00 pursuant to the terms set forth in the Riley Declaration or such other terms as my be required by this Court.

Dated: _____ June 19 _____, 2003

_____
UNITED STATES BANKRUPTCY JUDGE

FIN: 125152 v. 1

# Exhibit B

RE: WEIRTON STEEL CORPORATION
5-03-BK-01802

STATEMENT OF SERVICES RENDERED THROUGH AUGUST 24, 2004

FEES

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|

EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/17/04 W22 | ARJ | PREPARE AND FILE CERTIFICATE OF NO OBJECTION TO FEES. | 0.30 | 245 | 73.50 |
| 05/24/04 W22 | ARJ | PREPARE 12TH INTERIM FEE APPLICATION. | 0.70 | 245 | 171.50 |
| 06/11/04 W22 | ARJ | RECEIPT AND REVIEW OF ORDER FROM COURT SETTING INTERIM APPLICATION AS OF MAY 17; BEGIN REVIEW OF TIME; TELEPHONE CONFERENCE WITH JEV REGARDING SAME. | 2.70 | 245 | 661.50 |
| W22 | TMF | REVIEW AND PROOF MONTHLY FEE APPLICATION. | 0.50 | 100 | 50.00 |
| 06/14/04 W22 | ARJ | TELEPHONE CONFERENCE WITH JEV; REVIEW AND REVISE FINAL FEE APPLICATION. | 0.50 | 245 | 122.50 |
| 06/21/04 W22 | ARJ | REVIEW AND REVISE FINAL FEE APPLICATION. | 0.40 | 245 | 98.00 |
| 06/23/04 W22 | TMF | REVIEW AND PROOF FINAL EXPENSE VOUCHER. | 0.50 | 100 | 50.00 |
| W22 | ARJ | TELEPHONE CONFERENCE WITH JEV; REVIEW AND REVISE FINAL FEE APP. | 3.70 | 245 | 906.50 |
| 06/25/04 W22 | ARJ | REVIEW AND REVISE FEE APP; E-FILE SAME. | 1.50 | 245 | 367.50 |
| 06/28/04 W22 | ARJ | RECEIPT AND REVIEW OF E-MAIL FROM JEV; TELEPHONE CONFERENCE WITH JEV. | 0.20 | 245 | 49.00 |
| 07/06/04 W22 | ARJ | RECEIPT AND REVIEW OF ORDER FROM COURT ESTABLISHING BILL PROCEDURES AFTER MAY 17; CALENDAR SAME. | 0.20 | 245 | 49.00 |
| 07/07/04 W22 | ARJ | RECEIPT AND REVIEW OF PAPERS: 3RD INTERIM FEE APPS. | 0.20 | 245 | 49.00 |
| W22 | ARJ | RECEIPT AND REVIEW OF ORDER FROM COURT: 2D MODIFIED ORDER ESTABLISHING PROCEDURES FOR COMPENSATION OF PROFESSIONALS. | 0.20 | 245 | 49.00 |
| W22 | ARJ | REVIEW 2D MODIFIED FEE APP PROCEDURES ORDER; REVIEW TIME; | 0.10 | 245 | 24.50 |
| W22 | ARJ | VOICE MAIL FROM ADAM JONES; RUN BILL THROUGH JUNE 30; TELEPHONE CONFERENCE WITH ADAM JONES REGARDING SAME. | 0.30 | 245 | 73.50 |

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 07/08/04 W22 | ARJ | LETTER TO RCF TRANSMITTING MAY 31 STATEMENT OF SERVICES RENDERED. | 0.40 | 245 | 98.00 |
| 07/20/04 W22 | ARJ | DRAFT CERTIFICATE OF NO OBJECTION. | 0.40 | 245 | 98.00 |
| 07/21/04 W22 | ARJ | RECEIPT OF CHECK; RECONCILE SAME. | 0.50 | 245 | 122.50 |
| 07/22/04 W22 | ARJ | BEGIN REVIEW OF JUNE STATEMENT OF SERVICES RENDERED. | 0.30 | 245 | 73.50 |
| 08/11/04 W22 | ARJ | DRAFT CERTIFICATE OF NO OBJECTION: 6.1.04 TO 6.30.04. | 0.30 | 245 | 73.50 |
| 08/23/04 W22 | ARJ | REVIEW JULY STATEMENT OF SERVICES RENDERED. | 0.30 | 245 | 73.50 |
| | | TOTAL EMPLOYMENT APPLICATIONS | 14.20 | | 3,334.00 |

MAXIM DEC ACTION

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/17/04 W19.1 | TMF | RESEARCH REGADING MECHANIC'S LIENS AT HANCOCK COUNTY COURTHOUSE. | 3.50 | 100 | 350.00 |
| 05/18/04 W19.1 | JPB | TELEPHONE CONFERENCE WITH ATTORNEY ARTHUR. | 0.30 | 300 | 90.00 |
| 05/20/04 W19.1 | JPB | REVIEW OF NOTICE OF APPEARANCE FROM ARTHUR. | 0.20 | 300 | 60.00 |
| W19.1 | ARJ | RECEIPT AND REVIEW OF ORDER FROM COURT SETTING PRETRIAL CONFERENCE; E-MAIL TO MEF AND JHJ FOR DIRECTION; CALENDAR SAME. | 0.20 | 245 | 49.00 |
| 05/21/04 W19.1 | ARJ | RECEIPT AND REVIEW OF NOTICE OF APPEARANCE; UPDATE SERVICE LIST. | 0.20 | 245 | 49.00 |
| 05/24/04 W19.1 | ARJ | TELEPHONE CONFERENCE WITH CHRISTOPHER ARTHUR REGARDING DEPOSITIONS; CONFER WITH JPB ON SAME; E-MAIL MEF AND JHJ. | 0.30 | 245 | 73.50 |
| W19.1 | JPB | CONFER WITH ARJ; TELEPHONE CONFERENCE WITH KEN KUBRICK; REVIEW OF EMAIL FROM KUBRICK. | 0.80 | 300 | 240.00 |
| 05/25/04 W19.1 | ARJ | TELEPHONE CONFERENCE WITH MAXIM CRANE ATTORNEY REGARDING EXPANDING DISCOVERY TIME FRAMES. | 0.10 | 245 | 24.50 |
| W19.1 | JPB | FINALIZE RESPONSES TO DISCOVERY; PREPARE ENCLOSURES; TELEPHONE CONFERENCE WITH ATTORNEY ARTHUR; EMAIL KEN KUBRICK. | 0.90 | 300 | 270.00 |
| 05/26/04 W19.1 | ARJ | RECEIPT AND REVIEW OF PAPERS: JOINT MOTION TO EXTEND DISCOVERY AND AGREED ORDER; CONFER WITH JPB; E-MAIL | 0.60 | 245 | 147.00 |

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| | | MEF AND JHJ; TELEPHONE CONFERENCE WITH JHJ. | | | |
| W19.1 | ARJ | E-FILE CERTIFICATES OF SERVICE. | 0.20 | 245 | 49.00 |
| W19.1 | JPB | RECEIPT AND REVIEW OF CORRESPONDENCE FROM ATTORNEY ARTHUR WITH PROPOSED ORDER; TELEPHONE CONFERENCE WITH ATTORNEY ARTHUR. | 0.50 | 300 | 150.00 |
| 05/27/04 W19.1 | ARJ | RECEIPT AND REVIEW OF CORRESPONDENCE FROM ANTHONY CRANE'S COUNSEL TRANSMITTING PROPOSED ORDER; E-FILE SAME. | 0.40 | 245 | 98.00 |
| 05/28/04 W19.1 | JPB | TELEPHONE CONFERENCE WITH ATTORNEY ARTHUR; TELEPHONE CONFERENCE WITH KUBRICK. | 0.60 | 300 | 180.00 |
| 06/01/04 W19.1 | JPB | TELEPHONE CONFERENCE WITH ATTORNEY ARTHUR; TELEPHONE CONFERENCE WITH STEWART; TELEPHONE CONFERENCE WITH TODD MARTIN; EMAIL KEN KUBRICK. | 1.10 | 300 | 330.00 |
| 06/02/04 W19.1 | JPB | TELEPHONE CONFERENCE WITH KUBRICK; CALL TO ATTORNEY ARTHUR. | 0.50 | 300 | 150.00 |
| 06/03/04 W19.1 | JPB | PREPARE FOR AND ATTEND DEPOSITIONS AT WSC GO; CONFER WITH KEN KUBRICK. | 8.00 | 300 | 2,400.00 |
| 06/06/04 W19.1 | JPB | DRAFT LETTER TO JHJ. | 0.40 | 300 | 120.00 |
| 06/07/04 W19.1 | ARJ | RECEIPT AND REVIEW OF E-MAIL FROM MAXIM CRANE ATTORNEY REGARDING DISCOVERY. | 0.10 | 245 | 24.50 |
| W19.1 | ARJ | REVIEW JPB MEMO ON MAXIM LITIGATION; E-MAIL MEF AND JHJ. | 0.30 | 245 | 73.50 |
| 06/08/04 W19.1 | ARJ | CONFER WITH JPB ON STATUS OF CASE AND STRATEGY. | 0.30 | 245 | 73.50 |
| W19.1 | JPB | CONFER WITH ARJ REGARDING CASE. | 0.30 | 300 | 90.00 |
| 06/09/04 W19.1 | ARJ | PREPARE FOR AND ATTEND STATUS CONFERENCE. | 1.10 | 245 | 269.50 |
| W19.1 | JPB | PREPARE FOR AND ATTEND PRETRIAL CONFERENCE. | 1.10 | 300 | 330.00 |
| 06/11/04 W19.1 | ARJ | RECEIPT AND REVIEW OF ORDER FROM COURT SCHEDULING PRETRIAL CONFERENCE; CALENDAR SAME. | 0.20 | 245 | 49.00 |
| W19.1 | JPB | REVIEW OF DISCOVERY RESPONSES; REVIEW OF DOCUMENTS PRODUCED. | 3.00 | 300 | 900.00 |
| 06/12/04 W19.1 | JPB | REVIEW OF DOCUMENTS; PREPARE QUESTIONS. | 5.80 | 300 | 1,740.00 |
| 06/14/04 W19.1 | ARJ | RECEIPT AND REVIEW OF CORRESPONDENCE FROM SCHLINDER | 0.30 | 245 | 73.50 |

WEIRTON STEEL CORPORATION

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| | | ATTORNEY TO MEF; CONFER WITH JPB ON ISSUES IT RAIASES. | | | |
| W19.1 | JPB | REVIEW OF OFFER LETTERS; RECEIPT AND REVIEW OF CORRESPONDENCE FROM ATTORNEY GILLENWATER IN SCHINLDER CASE; CONFER WITH ARJ. | 0.80 | 300 | 240.00 |
| 06/15/04 W19.1 | JPB | PREPARE FOR AND ATTEND DEPOSITIONS OF DAN PICARD AND HENRY ZUCCOLOTTO. | 9.10 | 300 | 2,730.00 |
| 06/17/04 W19.1 | JPB | DRAFT LETTER TO ATTORNEY ARTHUR; DRAFT LETTER TO KUBRICK. | 0.60 | 300 | 180.00 |
| 06/22/04 W19.1 | JPB | RECEIPT AND REVIEW OF CORRESPONDENCE FROM ATTORNEY GILLENWATER IN SCHINDLER AP. | 0.30 | 300 | 90.00 |
| 06/23/04 W19.1 | JPB | RECEIPT AND REVIEW OF CORRESPONDENCE FROM ATTORNEY ARTHUR REGARDING BANKRUPTCY OF ANTHONY CRANE; CONFER WITH ARJ. | 0.60 | 300 | 180.00 |
| W19.1 | ARJ | RECEIPT AND REVIEW OF CORRESPONDENCE FROM ANTHONY CRANE COUNSEL; CONDUCT PACER SEARCH; CONFER WITH JPB. | 0.30 | 245 | 73.50 |
| 06/24/04 W19.1 | ARJ | E-MAIL MEF AND JHJ CORRESPONDENCE REGARDING MAXIM FILING. | 0.10 | 245 | 24.50 |
| 07/02/04 W19.1 | JPB | DRAFT LETTER TO KEN KUBRICK WITH MIHALYO DEPOSITION. | 0.30 | 300 | 90.00 |
| 07/12/04 W19.1 | JPB | CONFER WITH ARJ REGARDING CASE. | 0.30 | 300 | 90.00 |
| W19.1 | ARJ | MEET WITH MEF; CONFER WITH JPB ON SETTLEMENT OF ANTHONY CRANE MECHANIC'S LIEN. | 0.30 | 245 | 73.50 |
| 07/13/04 W19.1 | JPB | REVIEW OF FILES AND NOTES CONCERNING CLAIMS; DRAFT LETTER TO FLETCHER; REVIEW OF NEW MECHANICS LIEN; RESEARCH LAW. | 2.50 | 300 | 750.00 |
| W19.1 | ARJ | CONFER WITH JPB ON LATEST MABCO MECHANIC'S LIEN. | 0.30 | 245 | 73.50 |
| 07/14/04 W19.1 | JPB | CALL TO KEN KUBRICK. | 0.10 | 300 | 30.00 |
| 07/16/04 W19.1 | JPB | CALL TO KEN KUBRICK; TELEPHONE CONFERENCE WITH KEN KUBRICK. | 0.40 | 300 | 120.00 |
| 07/22/04 W19.1 | ARJ | REVIEW AND REVISE LETTER TO RCF REGARDING STATUS OF MAXIM LITIGATION. | 0.50 | 245 | 122.50 |
| 07/26/04 W19.1 | JPB | CALL TO KEN KUBRICK; REVIEW OF MESSAGE FROM KEN. | 0.20 | 300 | 60.00 |
| 07/28/04 W19.1 | ARJ | TELEPHONE CONFERENCE WITH JPB REGARDING WSX OFFER TO MAXIM. | 0.20 | 245 | 49.00 |

WEIRTON STEEL CORPORATION
WEIRTON STEEL CORPORATION

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/29/04 W19.1 | JPB | CONFERENCE WITH ARJ. | 0.20 | 300 | 60.00 |
| 07/30/04 W19.1 | JPB | TELEPHONE CONFERENCE WITH KEN KUBRICK; RESEARCH LAW; TELEPHONE CONFERENCE WITH KEN; EMAIL KEN; EMAIL KEN. | 1.20 | 300 | 360.00 |
| 08/02/04 W19.1 | JPB | TELEPHONE CONFERENCE WITH KEN KUBRICK. | 0.30 | 300 | 90.00 |
| 08/03/04 W19.1 | CDR | DEPOSITION SUMMARY. | 0.90 | 200 | 180.00 |
| 08/04/04 W19.1 | CDR | DEPOSITION SUMMARY. | 1.70 | 200 | 340.00 |
| 08/05/04 W19.1 | JPB | TELEPHONE CONFERENCE WITH KUBRICK. | 0.30 | 300 | 90.00 |
| 08/11/04 W19.1 | JPB | E-MAIL TO KEN KUBRICK. | 0.20 | 300 | 60.00 |
| 08/17/04 W19.1 | ARJ | PREPARE FOR AND ATTEND STATUS CONFERENCE; CONFER WITH JPB; CALENDAR DATE. | 0.70 | 245 | 171.50 |
| W19.1 | JPB | CONFER WITH ARJ REGARDING STATUS OF MAXIM. | 0.30 | 300 | 90.00 |
| 08/18/04 W19.1 | ARJ | TELEPHONE CONFERENCE WITH ANTHONY CRANE'S BANKRUPTCY COUNSEL REGARDING STATUS OF CASE. | 0.20 | 245 | 49.00 |
| 08/23/04 W19.1 | CDR | DEPOSITION SUMMARY. | 2.90 | 200 | 580.00 |
| 08/24/04 W19.1 | JPB | TELEPHONE CONFERENCE WITH ARJ AND BOB FLETCHER. | 0.30 | 300 | 90.00 |
| W19.1 | ARJ | CONFER WITH ATTORNEY SALZMAN REGARDING SETTLEMENT OF CLAIM; CONFER WITH JPB ON SAME; E-MAIL RCF; TELEPHONE CONFERENCE WITH RCF AND JPB REGARDING SAME. | 0.80 | 245 | 196.00 |
| | | TOTAL MAXIM DEC ACTION | 58.20 | | 15,786.50 |

SALES

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/17/04 W20 | ARJ | REVIEW STATEMENT OF ACCOUNT; LETTER TO ADAM JONES REGARDING FEES OWED AS OF CLOSING DATE; FAX TO ADAM JONES. | 0.50 | 245 | 122.50 |
| 05/25/04 W20 | TMF | REVIEW TWELFTH MONTH FEE APPLICATION; CONFER WITH ARJ. | 0.30 | 100 | 30.00 |
| W20 | ARJ | REVIEW AND REVISE 12TH FEE APP; E-FILE SAME. | 0.80 | 245 | 196.00 |
| 06/10/04 | ARJ | RECEIPT AND REVIEW OF PAPERS: BOC AND | 0.20 | 245 | 49.00 |

WEIRTON STEEL CORPORATION

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| W20 | | WV DEP NOTICES OF APPEAL. | | | |
| W20 | ARJ | RECEIPT AND REVIEW OF PAPERS: COSAIR; REPLY TO SAME. | 0.20 | 245 | 49.00 |
| 06/22/04 W20 | ARJ | TELEPHONE CONFERENCE WITH ATTORNEY MCCLURE REGARDING ENTRY OF COSAIR STIP; E-MAIL MEF; SIGN DISMISSAL ORDER. | 0.60 | 245 | 147.00 |
| 07/01/04 W20 | ARJ | TELEPHONE CONFERENCE WITH JHJ REGARDING FILING OBJECTION AND MOTION TO DISMISS WVDEP'S APPEAL; FINALIZE DOCS AND TASK SSS TO FILE SAME. | 0.80 | 245 | 196.00 |
| | | TOTAL SALES | 3.40 | | 789.50 |

MISC MOTIONS / AP'S

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/18/04 W19 | ARJ | RECEIPT AND REVIEW OF PAPERS: BOC STIP TO EXTEND APPEAL DESIGNATIONS. | 0.20 | 245 | 49.00 |
| 05/20/04 W19 | ARJ | RECEIPT AND REVIEW OF NOTICE OF PRETRIAL IN MINTEQ, SCHLINDER AND ERB MECHANIC'S LIEN LITIGATION; CALENDAR SAME. | 0.20 | 245 | 49.00 |
| 05/26/04 W19 | ARJ | RECEIPT AND REVIEW OF PAPERS: THOMAS V. SOLID WASTE SERVICES LITIGATION; E-MAIL TO JHJ. | 0.20 | 245 | 49.00 |
| 06/02/04 W19 | ARJ | PREPARE FOR AND ATTEND HEARINGS IN BANKRUPTCY COURT. | 0.80 | 245 | 196.00 |
| 06/03/04 W19 | ARJ | RECEIPT AND REVIEW OF PAPERS: GECC MOTION. | 0.20 | 245 | 49.00 |
| 06/14/04 W19 | ARJ | RECEIPT AND REVIEW OF CORRESPONDENCE FROM MEF TO ERB ELECTRIC AND SCHINDLER'S ATTORNEYS; CONFER WITH JPB; E-MAIL MEF; REPLY FROM MEF. | 0.40 | 245 | 98.00 |
| 06/15/04 W19 | ARJ | RECEIPT AND REVIEW OF E-MAIL FROM JHJ TRANSMITTING PAPERS FOR BOC APPEAL DISMISSAL; | 0.40 | 245 | 98.00 |
| 06/17/04 W19 | ARJ | PREPARE FOR AND ATTEND HEARING ON MINTEQ AP. | 0.60 | 245 | 147.00 |
| 06/22/04 W19 | ARJ | TELEPHONE CONFERENCES WITH ATTORNEY MCLURE, LOCAL COUNSEL FOR CORSAIR; E-MAIL MEF; | 0.80 | 245 | 196.00 |
| W19 | ARJ | RECEIPT AND REVIEW OF PAPERS: SCHINDLER STIPULATION OF FACTS. | 0.20 | 245 | 49.00 |
| 06/28/04 W19 | ARJ | PREPARE FOR AND ATTEND HEARINGS ON RUSH AND CATEPILLER MOTIONS. | 1.00 | 245 | 245.00 |

WEIRTON STEEL CORPORATION
WEIRTON STEEL CORPORATION

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 07/07/04 W19 | ARJ | RECEIPT AND REVIEW OF ORDER FROM COURT FROM DISTRICT COURT GRANTING MOTION OF BOC TO DISMISS APPEAL. | 0.20 | 245 | 49.00 |
| 08/11/04 W19 | ARJ | RECEIPT AND REVIEW OF PAPERS: TURNOVER MOTION / UNITED BANK; CALENDAR SAME. | 0.20 | 245 | 49.00 |
| 08/16/04 W19 | ARJ | PREPARE FOR AND ATTEND HEARINGS ON VARIOUS MOTIONS. | 1.30 | 245 | 318.50 |
| W19 | ARJ | PREPARE FOR AND ATTEND HEARING ON ADMIN CLAIMS. | 0.40 | 245 | 98.00 |
| 08/20/04 W19 | ARJ | RECEIPT AND REVIEW OF PAPERS: WSX MOTION TO COMPROMISE WORKERS' COMP CLAIMS. | 0.30 | 245 | 73.50 |
| 08/23/04 W19 | ARJ | PREPARE FOR AND ATTEND HEARING ON UNITED TURNOVER MOTION. | 0.50 | 245 | 122.50 |
| W19 | ARJ | RECEIPT AND REVIEW OF PAPERS: ADMIN CLAIM OF BANKRUPTCY CREDITORS SERVICE. | 0.20 | 245 | 49.00 |
| | | TOTAL MISC MOTIONS / AP'S | 8.10 | | 1,984.50 |

GENERAL (ADMIN MATTERS)

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/18/04 W01 | ARJ | RECEIPT AND REVIEW OF PAPERS: MOTION FOR ORDER AUTHORIZING RETENTION OF CONSULTANTS. | 0.20 | 245 | 49.00 |
| 06/29/04 W01 | ARJ | RECEIPT AND REVIEW OF CORRESPONDENCE FROM TENNESSEE ATTORNEY GENERAL REQUESTING NOTICES; FORWARD TO MEF AND HJH. | 0.20 | 245 | 49.00 |
| 06/30/04 W01 | ARJ | ATTEND 341 MEETINGS FW HOLDINGS AND WEIRTON VENTURE. | 0.70 | 245 | 171.50 |
| 07/01/04 W01 | ARJ | TELEPHONE CONFERENCE WITH ATTORNEY STACIA CHRISTMAN OF MCGUIREWOODS REGARDING WV DEP APPEAL AND NEED FOR LOCAL COUNSEL. | 0.20 | 245 | 49.00 |
| 07/12/04 W01 | ARJ | TELEPHONE CONFERENCE WITH TERRY BRENNAN OF THE DEAL REGARDING APPRROVAL OF DISCLOSURE STATEMENT. | 0.20 | 245 | 49.00 |
| | | TOTAL GENERAL (ADMIN MATTERS) | 1.50 | | 367.50 |

EXECUTORY CONTRACTS AND LEASES

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/18/04 W10 | ARJ | RECEIPT AND REVIEW OF PAPERS: REJECTION OF INTERNATIONAL MILL | 0.20 | 245 | 49.00 |

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| W10 | ARJ | SERVICE CONTRACT; CALENDAR SAME. PREPARE FOR AND ATTEND HEARING ON ISM CONTRACT ASSUMPTION. | 0.60 | 245 | 147.00 |
| 05/20/04 W10 | ARJ | RECEIPT AND REVIEW OF NOTICE OF HEARING TO REJECT EXECUTORY CONTRACTS; CALENDAR SAME. | 0.10 | 245 | 24.50 |
| 06/07/04 W10 | ARJ | RECEIPT AND REVIEW OF E-MAIL FROM BASELL REGARDING MOTION TO REJECT EXECUTORY CONTRACTS; REPLY TO SAME WITH COPY OF ORDER. | 0.20 | 245 | 49.00 |
| | | TOTAL EXECUTORY CONTRACTS AND LEASES | 1.10 | | 269.50 |

**RELIEF FROM STAY**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/18/04 W21 | ARJ | PREPARE FOR AND ATTEND HEARING ON BENNETT RELIEF FROM STAY. | 0.70 | 245 | 171.50 |
| 08/16/04 W21 | ARJ | RECEIPT AND REVIEW OF NOTICE: TELEPHONIC HEARING ON DAVIES LIFT STAY MOTION. | 0.20 | 245 | 49.00 |
| | | TOTAL RELIEF FROM STAY | 0.90 | | 220.50 |

**DIP FINANCING**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/20/04 W04 | ARJ | LETTER TO MEF REGARDING PROFESSIONAL FEES. | 1.00 | 245 | 245.00 |
| 05/24/04 W04 | ARJ | RECEIPT AND REVIEW OF E-MAIL FROM ADAM JONES; REVIEW AND REVISE LETTER TO MEF ON FEES. | 0.30 | 245 | 73.50 |
| 05/25/04 W04 | ARJ | E-MAIL REVISED FLEET LETTER TO MEF. | 0.10 | 245 | 24.50 |
| | | TOTAL DIP FINANCING | 1.40 | | 343.00 |

**DOCKET REVIEW**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/24/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS. | 0.10 | 245 | 24.50 |
| 05/25/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS. | 0.20 | 245 | 49.00 |
| 05/26/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS; CALENDAR HEARINGS. | 0.20 | 245 | 49.00 |
| 06/02/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS. | 0.20 | 245 | 49.00 |
| 06/08/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS. | 0.20 | 245 | 49.00 |

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/09/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS. | 0.20 | 245 | 49.00 |
| 06/16/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS. | 0.30 | 245 | 73.50 |
| 06/18/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS. | 0.20 | 245 | 49.00 |
| 06/23/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS; CALENDAR DATES. | 0.30 | 245 | 73.50 |
| 07/02/04 W08 | ARJ | RECEIPT AND REVIEW OF PAPERS: ADMIN POCS AND COSAIR DISMISSAL STIP. | 0.30 | 245 | 73.50 |
| 07/12/04 W08 | ARJ | REVIEW NEWLY FILED PAPERS. | 0.50 | 245 | 122.50 |
| 07/15/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS; CALENDAR SAME. | 0.20 | 245 | 49.00 |
| 07/21/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS; CALENDAR DATES. | 0.30 | 245 | 73.50 |
| 07/27/04 W08 | ARJ | RECEIPT AND REVIEW OF PAPERS: BRENNAN ROBINS MOTION FOR ADMIN CLAIM ALLOWANCE. | 0.10 | 245 | 24.50 |
| 07/28/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS: CALENDAR HEARING DATES. | 0.20 | 245 | 49.00 |
| 08/11/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS: CALENDAR DATES. | 0.20 | 245 | 49.00 |
| 08/13/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS; CALENDAR HEARING DATES. | 0.30 | 245 | 73.50 |
| 08/18/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS. | 0.10 | 245 | 24.50 |
| 08/21/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS. | 0.30 | 245 | 73.50 |
| 08/23/04 W08 | ARJ | REVIEW DAILY ECF DOCKETED PAPERS. | 0.30 | 245 | 73.50 |
| | | **TOTAL DOCKET REVIEW** | 4.70 | | 1,151.50 |

CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/26/04 B110 | ARJ | RECEIPT AND REVIEW OF FAX FROM DEBTOR'S COUNSEL TRANSMITTING MACK LOAN TERMS; E-MAIL TO COMMITTEE; LETTER TO DEBTOR'S COUNSEL. | 0.30 | 245 | 73.50 |
| 07/19/04 B110 | ARJ | TELEPHONE CONFERENCE WITH CONTRACT LIQUIDATOR; REFER TO JHJ. | 0.20 | 245 | 49.00 |
| | | **TOTAL CASE ADMINISTRATION** | 0.50 | | 122.50 |

WEIRTON STEEL CORPORATION

## CLAIMS PROCESSING

| Date | | Description | | | |
|------|-----|-------------|------|-----|--------|
| 05/27/04 W18 | ARJ | TELEPHONE CONFERENCE WITH WSX ADMIN CREDITOR REGARDING POST-PETITION CLAIM; E-MAIL SAME. | 0.20 | 245 | 49.00 |
| 06/22/04 W18 | ARJ | RECEIPT AND REVIEW OF CORRESPONDENCE FROM ANTHONY CRANE TRANSMITTING ADMIN POC; FORWARD SAME TO MEF. | 0.20 | 245 | 49.00 |
| 06/24/04 W18 | ARJ | RECEIPT AND REVIEW OF PAPERS: WITHDRAWL OF TAX CLAIMS FOR HANCOCK AND BROOKE COUNTIES. | 0.20 | 245 | 49.00 |
| | | TOTAL CLAIMS PROCESSING | 0.60 | | 147.00 |

## CREDITOR INQUIRIES

| Date | | Description | | | |
|------|-----|-------------|------|-----|--------|
| 06/07/04 W07 | ARJ | TELEPHONE CONFERENCE WITH WEIRTON RETIREE REGARDING ADMINISTRATIVE POC FORM. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH OS HILL REGARDING ADMIN POC. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WEIRTON RETIREE REGARDING ADMIN POC. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WORKER'S COMP CLAIMANT REGARDING ADMIN CLAIM NOTICE. | 0.20 | 245 | 49.00 |
| 06/08/04 W07 | ARJ | TELEPHONE CONFERENCE WITH RETIREE REGARDING ADMIN CLAIM FORM. | 0.20 | 245 | 49.00 |
| W07 | ARJ | RECEIPT AND REVIEW OF E-MAIL FROM CORPORATE SOLUTIONS; REPLY TO SAME. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WEIRTON RETIREE REGARDING ADMIN POC. | 0.20 | 245 | 49.00 |
| W07 | ARJ | RECEIPT AND REVIEW OF E-MAIL FROM BASELL REGARDING POR AND DISCLOSURE STATEMENT. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WEIRTON BONDHOLDER REGARDING ADMIN POC. | 0.10 | 245 | 24.50 |
| 06/10/04 W07 | ARJ | TELEPHONE CONFERENCES WITH CREDITOR REGARDING ADMIN POC. | 0.80 | 245 | 196.00 |
| 06/11/04 W07 | ARJ | TELEPHONE CONFERENCE WITH CREDITOR REGARDING ADMIN POC. | 0.20 | 245 | 49.00 |
| 06/14/04 W07 | ARJ | TELEPHONE CONFERENCE WITH PREPETITION CREDITOR REGARDING ADMIN POC. | 0.10 | 245 | 24.50 |
| 06/16/04 W07 | ARJ | RECEIPT AND REVIEW OF E-MAIL FROM CREDITOR; REPLY TO SAME. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH CREDITOR | 0.20 | 245 | 49.00 |

WEIRTON STEEL CORPORATION

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | REGARDING ADMIN CLAIM. | | | |
| 06/21/04 W07 | ARJ | TELEPHONE CONFERENCE WITH WARRENDALE RICHTER REGARDING ADMIN CLAIM FORM. | 0.20 | 245 | 49.00 |
| 06/30/04 W07 | ARJ | TELEPHONE CONFERENCE WITH WEIRTON CREDITOR REGARDING SEVERANCE PACKAGE. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WARWOOD ARMATURE. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH ATTORNEY CASSIDY REGARDING ADMIN POC. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH EXTO REGARDING ADMIN CLAIM OFFER. | 0.20 | 245 | 49.00 |
| 07/01/04 W07 | ARJ | TELEPHONE CONFERENCE WITH CREDITOR REQUESTING LATEST 2002 LIST; REFER TO HJH. | 0.20 | 245 | 49.00 |
| 07/08/04 W07 | ARJ | TELEPHONE CONFERENCE WITH WEIRTON CREDITOR. | 0.20 | 245 | 49.00 |
| 07/09/04 W07 | ARJ | TELEPHONE CONFERENCE WITH CREDITOR REGARDING ADMIN POC. | 0.10 | 245 | 24.50 |
| 07/13/04 W07 | ARJ | TELEPHONE CONFERENCE WITH ALL CRANE ATTORNEY REGARDING ORDER ON POC; E-MAIL ORDER. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WHEELING ARMATURE REGARDING MABCO RELEASE AND ADMIN POC. | 0.20 | 245 | 49.00 |
| 07/21/04 W07 | ARJ | TELEPHONE CONFERENCE WITH WSX EMPLOYEE REGARDING BALLOT. | 0.20 | 245 | 49.00 |
| 07/22/04 W07 | ARJ | TELEPHONE CONFERENCE WITH WSX WORK COMP CLAIMANT. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WSX CREDITOR REGARDING VOTING FOR THE POR. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WSX CREDITORS REGARDING BALLOTING. | 0.50 | 245 | 122.50 |
| 07/26/04 W07 | ARJ | TELEPHONE CONFERENCE WITH WSX CREDITOR. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WSX CREDITOR. | 0.20 | 245 | 49.00 |
| 07/27/04 W07 | ARJ | TELEPHONE CONFERENCE WITH BROKER REPRESENTING WSX CREDITORS. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WSX SHAREHOLDER. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WSX BONDHOLDER. | 0.20 | 245 | 49.00 |
| 08/06/04 | ARJ | TELEPHONE CONFERENCE WITH CREDITOR | 0.20 | 245 | 49.00 |

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| W07 | | REGARDING TERMINATION OF ANNUITY. | | | |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WSX CREDITOR. | 0.20 | 245 | 49.00 |
| 08/10/04 W07 | ARJ | TELEPHONE CONFERENCE WITH WSX CREDITOR. | 0.20 | 245 | 49.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WSX FORRMER EMPLOYEE. | 0.20 | 245 | 49.00 |
| 08/24/04 W07 | ARJ | TELEPHONE CONFERENCE WITH WW GRAINGER COUNSEL REGARDING ADMIN CLAIM AND CONTRACT ASSUMPTION BY ISG WEIRTON; TELEPHONE CONFERENCE WITH RCF; E-MAIL GRAINGER COUNSEL. | 0.40 | 245 | 98.00 |
| W07 | ARJ | TELEPHONE CONFERENCE WITH WSX CREDITOR. | 0.20 | 245 | 49.00 |
| | | TOTAL CREDITOR INQUIRIES | 8.60 | | 2,107.00 |

DISCLOSURE STATEMENT / PLAN

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/08/04 W13 | ARJ | RECEIPT AND REVIEW OF PAPERS: DISCLOSURE STATEMENT AND POR. | 0.40 | 245 | 98.00 |
| 06/28/04 W13 | ARJ | RECEIPT AND REVIEW OF CORRESPONDENCE FROM SEC REGARDING OBJECTIONS TO DISCLOSURE STATEMENT AND POR. | 0.30 | 245 | 73.50 |
| 07/12/04 W13 | ARJ | PREPARE FOR AND ATTEND HEARING ON DISCLOSURE STATEMENT. | 1.60 | 245 | 392.00 |
| 08/16/04 W13 | ARJ | RECEIPT AND REVIEW OF PAPERS: OBJECTION TO CONFIRMATION; E-MAIL JHJ. | 0.20 | 245 | 49.00 |
| 08/24/04 W13 | ARJ | PREPARE FOR AND ATTEND CONFIRMATION HEARING. | 1.00 | 245 | 245.00 |
| | | TOTAL DISCLOSURE STATEMENT / PLAN | 3.50 | | 857.50 |

TOTAL HOURS

| ARJ | ARCH W. RILEY JR. | 54.90 hr @ 245.00 | $ | 13450.50 |
|-----|-------------------|-------------------|---|----------|
| CDR | CHERYL DEAN RILEY | 5.50 hr @ 200.00 | $ | 1100.00 |
| JPB | JOHN PRESTON BAILEY | 41.50 hr @ 300.00 | $ | 12450.00 |
| TMF | TINA M. FEDORKO | 4.80 hr @ 100.00 | $ | 480.00 |

WEIRTON STEEL CORPORATION
WEIRTON STEEL CORPORATION

## SUMMARY BY TASK

| | | | |
|---|---|---|---|
| W22 | EMPLOYMENT APPLICATIONS | 14.20 hr | 3334.00 |
| W19.1 | MAXIM DEC ACTION | 58.20 hr | 15786.50 |
| W20 | SALES | 3.40 hr | 789.50 |
| W19 | MISC MOTIONS / AP'S | 8.10 hr | 1984.50 |
| W01 | GENERAL (ADMIN MATTERS) | 1.50 hr | 367.50 |
| W10 | EXECUTORY CONTRACTS AND | 1.10 hr | 269.50 |
| W21 | RELIEF FROM STAY | 0.90 hr | 220.50 |
| W04 | DIP FINANCING | 1.40 hr | 343.00 |
| W08 | DOCKET REVIEW | 4.70 hr | 1151.50 |
| B110 | CASE ADMINISTRATION | 0.50 hr | 122.50 |
| W18 | CLAIMS PROCESSING | 0.60 hr | 147.00 |
| W07 | CREDITOR INQUIRIES | 8.60 hr | 2107.00 |
| W13 | DISCLOSURE STATEMENT / P | 3.50 hr | 857.50 |

TOTAL PROFESSIONAL SERVICES    106.70    $ 27,480.50

DISBURSEMENTS / OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| POSTAGE | 39.17 |
| FACSIMILE TRANSMISSION CHARGES | 18.00 |
| PHOTOCOPY CHARGES @ $0.25 EACH | 429.75 |
| MILEAGE @ $0.38 PER MILE | 112.48 |
| MEAL EXPENSE | 15.59 |
| LONG DISTANCE TELEPHONE TOLLS | 20.06 |
| LONG DISTANCE TOLLS FOR FAX TRANSMISSIONS | 0.79 |
| PARKING/TOLLS | 5.51 |
| COURT REPORTER FEES | 1,591.55 |
| PACER CHARGES | 50.33 |

TOTAL DISBURSEMENTS / COSTS      $ 2,283.23

TOTAL NEW CHARGES      $ 29,763.73