IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: | : Bankruptcy No. 5:03-BK-1802 |
| | : |
| WEIRTON STEEL CORPORATION, | : Chapter 11 |
| | : |
| Debtor. | : L. Edward Friend, II |
| | : United States Bankruptcy Judge |
| | : |

## NOTICE OF FINAL FEE APPLICATIONS SEEKING ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that the Final Fee Applications summarized on the attached Exhibit "A" have been filed and served on the dates set forth on Exhibit "A".

Copies of all Fee Applications are on file with the Clerk of the United States Bankruptcy Court for the Northern District of West Virginia, U.S. Federal Building & Courthouse, 12th and Chapline Streets, Wheeling, WV 26003, and copies can be obtained from the Court or from the Applicant, upon request.

Any Objections to the Fee Applications must be filed with the Bankruptcy Court and served on the Applicant so as to be actually received on or before the Objection Deadline to the Applicant's Fee Application as set forth on Exhibit "A".

If no Objection is filed to an Applicant's Fee Application by the Applicant's Objection Deadline, the Bankruptcy Court may determine after reviewing the Application that no hearing is required and accordingly approve the Application.

By: /s/ Mark E. Freedlander
McGUIREWOODS LLP
Robert G. Sable (Pa. I.D. #00964)
Mark E. Freedlander (Pa. I.D. #70593)
James H. Joseph (Pa. I.D. #82087)
23rd Floor, Dominion Tower
625 Liberty Avenue
Pittsburgh, PA 15222-3142
Telephone: 412.667.6000
Facsimile: 412.667.6050
Email: mfreedlander@mcguirewoods.com

-and-

BAILEY, RILEY, BUCH & HARMAN, L.C.
Arch W. Riley, Jr. (WV I.D. #3107)
Riley Building
53 - 14th ST STE 900
Wheeling, WV 26003-0081
Telephone: 304.232.6675
Facsimile: 304.262.9897
Email: arileyjr@brbhlaw.com

Co-Counsel to Weirton Steel Corporation

## EXHIBIT A

| APPLICANT | CAPACITY | DOCKET ENTRY NO. | TIME PERIOD | FEES REQUESTED | EXPENSES REQUESTED | DATE SERVED | OBJECTION DEADLINE |
|---|---|---|---|---|---|---|---|
| Bailey, Riley, Buch & Harman, LC<br>Riley Building<br>53 - 14th Street, Suite 900<br>Wheeling, WV 26003<br>Attn: Arch W. Riley, Jr. | Co-Counsel to Debtor | 2894 | 5/19/2003 – 8/24/2004 | $ 128,588.50 | $ 5,327.41 | 9/24/2004 | 10/14/2004 |
| Kirkpatrick & Lockhart LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Attn: Richard D. Hosking | Special Counsel to Debtor | 2902 | 5/18/2004 – 8/24/2004 | $ 30,396.25 | $ 2,094.68 | 9/23/2004 | 10/13/2004 |
| McGuireWoods LLP<br>625 Liberty Avenue<br>Dominion Tower, 23rd Floor<br>Pittsburgh, PA 15222<br>Attn: Mark E. Freedlander | Counsel to Debtor | 2895 | 5/19/2003 – 8/24/2004 | $ 3,075,655.00 | $ 403,379.94 | 9/24/2004 | 10/14/2004 |

\\FIN\218213.1

Case 5:03-bk-01502   Doc 2903   Filed 09/24/04   Entered 09/24/04 12:17:33   Desc
Main Document     Page 2 of 2