# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 5:03-BK-01802 |
| | : | |
| WEIRTON STEEL CORPORATION | : | Chapter 11 |
| | : | |
| Debtor. | : | Honorable L. Edward Friend, II |
| | : | United States Bankruptcy Judge |

## NOTICE OF MOTION OF SPECTRUM MECHANICAL SERVICES, INC., FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

**PLEASE TAKE NOTICE** that, on September 29, 2004, Spectrum Mechanical Services, Inc. ("Spectrum") filed a Motion for Allowance of Administrative Claim (the "Motion") seeking the entry of an Order pursuant to 11 U.S.C. § 503 (a) allowing an administrative claim in the amount of $23,215.00 for goods provided to the Debtor by Spectrum in this bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

IF YOU OBJECT TO THE RELIEF REQUESTED IN THE MOTION, YOU MUST RESPOND IN WRITING, SPECIFICALLY STATING YOUR OBJECTION AND ALL FACTS AND LAW YOU BELIEVE SUPPORT YOUR OBJECTION. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY (20) DAYS AFTER THE DATE OF THIS NOTICE. IN ADDITION TO FILING YOUR RESPONSE WITH THE CLERK, YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THIS PLEADING AND TO THE PARTIES ON THE SERVICE LIST. ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THE MOTION AS UNOPPOSED AND GRANT THE RELIEF REQUESTED WITH OR WITHOUT A HEARING.

130740.1

If an objection is filed, the Court may either conduct a hearing or rule on the Motion on the basis of the Motion and the written Objection(s). In the event that the court elects to hold a hearing, Spectrum Mechanical Services, Inc. or the Court will send you notice of the date, time and place of the hearing.

Dated: September 29, 2004

_____
Gregory D. Gerlach, Esquire
Pa. I.D. 56443
Brennan, Robins, & Daley, P.C.
Fort Pitt Commons, Suite 500
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

Attorney for Spectrum Mechanical Services, Inc.

130740.1

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 5:03-BK-01802 |
| | : | |
| WEIRTON STEEL CORPORATION | : | Chapter 11 |
| | : | |
| Debtor. | : | Honorable L. Edward Friend, II |
| | : | United States Bankruptcy Judge |
| | : | |

## MOTION OF SPECTRUM MECHANICAL SERVICES, INC., FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

Spectrum Mechanical Services, Inc., ("Spectrum"), hereby files the within motion (the "Motion") for allowance and payment of its administrative claim arising from goods and services provided to Weirton Steel Corporation (the "Debtor") post-petition.

## FACTUAL BACKGROUND

1.     On May 19, 2003, (the "Petition Date"), Weirton Steel Corporation commenced this case under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2.     This Court jurisdiction over the matters presented herein pursuant to 28 U.S.C. §157(b)(2)(A) and (B), as well as 11 U.S.C. §503(a) and (b).

3.     This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

## ADMINISTRATIVE CLAIM

4.     On July 7, 2004, Spectrum filed an Administrative Proof of Claim in the amount of $23,215.00,. A true and correct copy of the Proof of Claim is attached as Exhibit "A".

130740.1

5.      The Claim relates to work performed and services provided by Spectrum on

April 19, 2004.

6.      The bar date for filing administrative claims was 5:00 p.m. on July 2, 2004.

7.      Counsel changed law firms, and due to a delay in receiving the notice of the bar

date, counsel did not file the claim until the morning of July 7, 2004, approximately 1 ½ business

days past the bar date.

8.      There is no deterrent to any party in interest in allowing this claim to be accepted.

9.      This Motion was originally served on the Claims Agent on July 21, 2004, and is

now being re-filed with the Court.

## CONCLUSION

WHEREFORE, Spectrum respectfully requests that this Court enter an order
granting the relief sought in this Motion allowing Spectrum's Administrative Claim in the
amount of $23,215.00 as an administrative claim and granting such other and further relief as is
just and appropriate.

Dated: September 29, 2004

_____
Gregory D. Gerlach
Pa. I.D. 56443
Brennan, Robins, & Daley, P.C.
Fort Pitt Commons, Suite 500
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

Attorney for Spectrum Mechanical Services, Inc.

130740.1

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 5:03-BK-01802 |
| | : | |
| WEIRTON STEEL CORPORATION | : | Chapter 11 |
| | : | |
| Debtor. | : | Honorable L. Edward Friend, II |
| | : | United States Bankruptcy Judge |

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2004, a true and correct copy of the

foregoing Motion was served on the persons and at the addresses set forth on the attached service

list.

Dated: July 21, 2004

Gregory D. Gerlach
Pa. I.D. 56443
Brennan, Robins, & Daley, P.C.
Fort Pitt Commons, Suite 500
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

Attorney for Spectrum Mechanical Services, Inc.

130740.1

McGuire Wood LLP
Mark E. Freedlander
625 Liberty Avenue
Dominion Tower, 23rd Floor
Pittsburgh, PA 15222

Pension Benefit Guaranty Corporation
Office of the General Counsel
Gennice D. Brickhouse, Esq.
1200 K. Street N.W. Suite 340
Washington D.C. 20005-4026

United States Trustee
Debra A. Wertman
2025 United States Courthouse
300 Virginia Street East
Charleston, WV 25301

Blank Rome LLP
Marc E. Richards, Esq.
Michael Z. Brownstein, Esq.
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(Counsel to Committee of Unsecured Creditors)

Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
Alan P. Solow, Esq.
Andrew Cardonick, Esq.
Dimitri Karcazes, Esq.
55 East Monroe Street, Suite 3700
Chicago, IL 60603
(Counsel to Fleet Capital Corporation)

Office of the Attorney General
of West Virginia
1900 Kanawha Blvd., East
Room 26E
Charleston, WV 25305-9924

Reed Smith LLP
Eric A. Schaffer, Esq.
Many Emamzadeh, Esq.
435 Sixth Avenue
Pittsburgh, PA 15219
(Counsel to JP Morgan Trust Co.)

West Virginia Department of Tax and Revenue
1001 Lee Street, East
Charleston, WV 25301

Akin Gump Strauss Hauer Feld, LLP
Lisa G. Beckerman, Esq.
590 Madison Avenue
New York, NY 10022
(Counsel to the Ad Hoc Committee of 10% Noteholders)

Pietragallo, Bosick & Gordon
Richard A. Pollard, Esq.
The Thirty-Eighth Floor, One Oxford Center
Pittsburgh, PA 15219
(Counsel to Independent Steel Workers Union)

Internal Revenue Service
Regional Counsel-Central Region
7510 Federal Office Building
550 Main Street
Cincinnati, OH 45202

Charles J. Kaiser, Jr., Esq.
Denise Knouse-Snyder, Esq.
Phillips, Gardill, Kaiser & Altmeyer, PLLC
61 Fourteenth Street
Wheling, WV 26003
(Local Counsel to Fleet Capital Corporation)

Bailey, Riley, Buch & Harman, LC
Arch W. Riley, Jr., Esq.
P.O. Box 631
Wheeling, WV 26003-0081

James D. Newell, Esq.
Klett, Rooney, Lieber & Schorling, P.C.
One Oxford Centre, 40th Floor
Pittsburgh, PA 15219
(Counsel to Retiree Committee)

Nathaniel Douglas
U.S. Department of Justice
Environmental Enforcement Section
1425 New York Avenue, N.W.
Room 12009
Washington, D.C.    20530

Marye L. Wright, Counsel
West Virginia Bureau of Employment Programs
Legal Services Division-Bankruptcy
P.O. Box 2027
Charleston, WV  25327-2027

West Virginia Department of Environmental Protection
Office of Legal Services
Mark J. Rudolph, Esquire
1356 Hansford Street
Charleston, WV 25301

Weirton Steel Corporation
Ken Kubrick
Robert C. Fletcher
400 Three Springs Drive
Weirton, WV 26062

Campbell & Levine, LLC
Stanley Levine, Esq.
1700 Grant Building
Pittsburgh, PA 15219
(Local Counsel to Committee of Unsecured Creditors)

Secretary of Treasury
Main Treasury
1500 Pennsylvania Ave., NW
Washington, D.C.  20220

James A. Goodman, Esq.
Christena Lambrianakos, Esq.
Kelley, Drye & Warren LLP
200 Kimball Drive
Parsippany, NJ 07054
(Counsel to HSBC Bank USA, as Indenture Trustee)

Thomas H. Gilpin, Esq.
Huddleston, Bolen, Beatty, Porter & Copen LLP
611 Third Avenue
P.O. Box 2185
Huntington, WV    25701
(Counsel to FW Holdings, Inc)

William H. Schorling, Esq.
Klett, Rooney, Lieber & Schorling, P.C.
Two Logan Square, 12th Floor
Philadelphia, PA 19103
(Counsel to Retiree Committee)

David D. Watson, Esq.
International Steel Group, Inc.
3250 Interstate Drive, 2nd Floor
Richfied, OH   44286-9000

LeBoeuf, Lamb, Greene & MacRae
Elizabeth Page Smith, Esq.
125 West 55th Street
New York, NY   10019
(Counsel for Deutsche Bank Trust)

Securities and Exchange Commission
Atlanta District Office
Susan R. Sherrill, Esq.
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

Frankovitch, Anetakis, Colantonio & Simon
George J. Anetakis, Esq.
337 Penco Road
Weirton, WV 26062
(Counsel to Weirton Federal Credit Union)

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY   10178-0061
(Counsel to Emergency Steel Loan Guarantee Board)

Richard Boydston, Esq.
Greenebaum Doll & McDonald PLLC
2800 Chemed Center
255 East Fifth Street
Cincinnati, OH   45202-4728
(Counsel to FW Holdings, Inc.)

IN RE: WEIRTON STEEL CORPORATION, ET AL.

03-1802(LEF)

**ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM**

Name of Debtor:

*Weirton Steel Corporation*

Case Number:

*5:03-BK-1802*

This Space is For Court Use Only

NOTE: This form should be used to make a claim for an administrative expense arising after the commencement of the cases pursuant to 11 U.S.C. § 503.

NAME AND ADDRESS OF CREDITOR (the person or entity to whom the debtor owes money or property). If address is incorrect, please insert correct address.

012046-1183A-010
SPECTRUM MECHANICAL SERVICES INC
C/O ~~DORNISH & SCOLIERI, PC~~
ATTN: GREGORY D. GERLACH-ESQ
~~1207 FIFTH AVENUE~~
~~PITTSBURGH PA 15219~~

*Brennan, Robins + Daley, PC*
*445 Fort Pitt Blvd*
*Suite 500*
*Pittsburgh, PA 15219*

Phone Number: *412-281-0776*

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

□ Check box if you have never received any notices in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the Bankruptcy Court.

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim: □ replaces
□ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:**
□ Goods sold
☒ Services performed
□ Money loaned
□ Personal injury/wrongful death
□ Taxes
□ Other (Describe briefly) _____

**2. CLASSIFICATION OF CLAIM:**
■ Administrative Expense claim under 11 U.S.C. § 503.

**3. DATE ADMINISTRATIVE DEBT WAS INCURRED:**

*April 19, 2004*

**4. IF COURT JUDGMENT, DATE OBTAINED:**

**5. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM THROUGH AND INCLUDING MAY 16, 2004:**

$ *23,215.00*
(Total)

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. CREDITS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of administrative expense claim.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. DATE-STAMPED COPY: To receive an acknowledgment of the filing of your administrative expense proof of claim, enclose a stamped, self-addressed envelope and copy of this administrative expense proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

THE ORIGINAL OF THIS ADMINISTRATIVE EXPENSE PROOF OF CLAIM MUST BE SENT SO THAT IT IS RECEIVED ON OR BEFORE 5:00 P.M., NEW YORK TIME, ON JULY 2, 2004 IF YOU WISH TO RECEIVE DISTRIBUTIONS IN THESE CHAPTER 11 CASES ON ACCOUNT OF YOUR CLAIM.

IF ADMINISTRATIVE EXPENSE PROOF OF CLAIM IS SENT BY MAIL, SEND TO:

DONLIN, RECANO & COMPANY, INC.
AS AGENT FOR THE UNITED STATES BANKRUPTCY COURT
RE: WEIRTON STEEL CORPORATION
P.O. BOX 2038, MURRAY HILL STATION
NEW YORK, NY 10156

IF ADMINISTRATIVE EXPENSE PROOF OF CLAIM IS SENT BY HAND DELIVERY OR OVERNIGHT COURIER, SEND TO:

DONLIN, RECANO & COMPANY, INC.
AS AGENT FOR THE UNITED STATES BANKRUPTCY COURT
RE: WEIRTON STEEL CORPORATION
419 PARK AVENUE SOUTH, SUITE 1206
NEW YORK, NY 10016

Please see instructions on back of proof of claim

Date: _____

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

EXHIBIT
A

13274



# INVOICE

*INVOICE # 11534*

**685 State Street**
**Vanport, Pennsylvania 15009**
**Phone: (724) 728-1355   Fax: (724) 728-9707**

Invoice :   11534
Customer:  WEIRTO
Inv Date:04.19.04
Page Num:      1
SMS Job#:   03231

Bill-to:

WEIRTON STEEL CORPORTATION
400 THREE SPRINGS DRIVE
WEIRTON, WV
                    26062-4089

Ship-to:

WEIRTON STEEL CORPORTATION
GATE #9
WEIRTON, W.V.
SHIP # 000010936          26062

Customer PO Number:WS3P17454       COMPLETE

| Ship Date | Terms | Ship Via | Slspr Num | Due Date | Discount Date |
|---|---|---|---|---|---|
| 04.19.04 | 2%/15NET30 | UNIV AMCAN | 1 | 05.19.04 | 05.04.04 |

| Qty Ordered | Qty Shipped | DESCRIPTION | Unit Price | Extended Amount |
|---|---|---|---|---|
| 1.00 | 1.00 | #9 TUNDISH (REPAIRED)   COMPLETE | 23215.00 | 23215.00 |

B.O.P. CHARGING SIDE

CONTACT: ART MATEY
304-797-4364

```
Subtotal      :    23215.00 :
Sales Tax     :        0.00 :
Freight       :        0.00 :
Invoice Total:    23215.00 :
Payment       :        0.00 :
```

Case 5:03-bk-01802   Doc 2917   Filed 09/30/04   Entered 09/30/04 11:47:47   Desc
Main Document     Page 10 of 10