# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: : Bankruptcy No. 5:03-BK-1802
:
WEIRTON STEEL CORPORATION, : Chapter 11
:
Debtor. : L. Edward Friend, II
: United States Bankruptcy Judge
:
:

## ORDER GRANTING RELIEF SOUGHT IN
## EIGHTH OMNIBUS OBJECTION TO CLAIMS

Upon consideration of the Eighth Omnibus Objection to Claims (the "Claim Objection") filed by the Weirton Steel Liquidating Trustee ("Liquidating Trustee") on behalf of the Weirton Steel Liquidating Trust (the "Liquidating Trust"); responses to the Claim Objection having been filed by Ellinora Cagna ("Cagna"), Carol A. Simmons ("Simmons"), GE Capital Corporation and the Weirton Area Water Board ("Water Board"); due and proper notice of the Claim Objection having been given; in consideration of the arguments made at the hearing on December 29, 2004 (the "Hearing"); and having determined that the legal and factual bases set forth in the Claim Objection and at the Hearing establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1. The relief sought by the Liquidating Trust in the Claim Objection is granted except as otherwise set forth in this Order and the attached Exhibits.

2. All capitalized terms used herein shall have the meaning given to such terms in the Claim Objection.

3. Each of the claims identified on Exhibit "A" attached hereto are disallowed and expunged without prejudice to the rights of the holders of such claims to seek payment thereof from ISG Weirton Inc. (the "Buyer"), a wholly owned affiliate of International Steel Group Inc., and without prejudice to Buyer's defenses to such claims; provided, however, that nothing in this Order

expands, modifies or alters in any way the rights, obligations or liabilities of Buyer under the APA, Sale Order and related documents and other Orders of this Court; and provided further that nothing contained in this Order shall in any way modify, affect, diminish, expand, or impair any of the rights or obligations of the Buyer or General Electric Capital Corporation, individually or in its capacity as the assignee of Boeing Capital Corporation ("GECC"), under any leases between GECC, as Lessor, and Weirton Steel Corporation ("WSC"), as Lessee, that were previously hereto assumed by WSC and assigned to the Buyer.

4. Each of the claims identified on Exhibit "B" attached hereto are disallowed and expunged as they are time barred by operation of this Court's Prepetition Bar Date Order and no excusable reason has been shown to justify their late filing.

5. The claim identified on Exhibit "C" attached hereto is disallowed and expunged because it is duplicative of the Indenture Trustee Claims filed by the Indenture Trustee in its representative capacity on behalf of the Bondholder.

6. The response of Cagna is hereby overruled and each of the claims identified on Exhibit "D" attached hereto are disallowed and expunged because they are provided for under the Pension Plan Termination Order, the PBGC Settlement Order, the Effects Agreement Order and/or the Effects Agreement, and for the reasons otherwise stated by the Court on the record at the Hearing.

7. Each of the claims identified on Exhibit "E" attached hereto are disallowed and expunged as there is no legal or equitable bases for the claims.

8. Each of the claims identified on Exhibit "F" attached hereto are disallowed and expunged, provided, however, that nothing herein shall limit or modify the settlement terms between the Liquidating Trustee, on behalf of the Liquidating Trust, and the holders of those claims identified on Exhibit "F", nor shall the claims resulting from such settlements be affected.

9. The claim identified on Exhibit "G" attached hereto is hereby allowed in the reduced

amount of $13,000 as set forth on such Exhibit, with the remainder of Claim No. 1478 hereby disallowed.

10. The Claim Objection as to the claims identified on Exhibit "H" attached hereto was withdrawn at the Hearing, without prejudice to the right of the Liquidating Trust to object to such claims on any basis in the future.

11. As to the claims identified on Exhibit "I" attached hereto, the hearing on the Liquidating Trust's objection to such claims is hereby continued to January 24, 2005, at 1:30 p.m. prevailing Eastern time, with any responses to be filed by the holders of such claims no later than January 19, 2005.

12. The Claim Objection as to Claim No. 2325 filed by Simmons is continued generally.

13. Nothing herein shall bar or preclude further objection to any claim by the Liquidating Trustee.

14. The Liquidating Trustee, the Liquidating Trust and the claims agent, Donlin Recano & Company, Inc., are authorized to take all actions necessary or appropriate to give effect to this Order.

Date: 1/3/05

BY THE COURT:

Hon. L. Edward Friend, II
United States Bankruptcy Judge

# WEIRTON STEEL CORPORATION
## Case No. 03-1802
## Eighth Omnibus Objection to Claims

**EXHIBIT A**
**CLAIMS ASSUMED BY ISG TO BE DISALLOWED AND EXPUNGED**

| CREDITOR | CLAIM # | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|
| BOEING CAPITAL CORPORATION | 1876 | 10/16/2003 | 2,254,078.13 |
| CLEVELAND-CLIFFS INC | 2751 | 12/2/2003 | 1,010,996.82 |
| NORFOLK SOUTHERN RAILWAY COMPANY | 2535 | 10/20/2003 | 165,294.19 |

# WEIRTON STEEL CORPORATION
## Case No. 03-1802
### Eighth Omnibus Objection to Claims

**EXHIBIT B**
**LATE FILED CLAIMS TO BE DISALLOWED AND EXPUNGED**

| CREDITOR | CLAIM # | CLAIM DATE | CLAIM AMOUNT |
| --- | --- | --- | --- |
| ALABAMA COPPER & BRONZE CO INC | 2762 | 12/22/2003 | 16,550.00 |
| APPLIED INDUSTRIAL TECHNOLOGIES | 2718 | 10/29/2003 | 8,053.82 |
| BEI ELECTRONICS INCORPORATED | 2668 | 10/27/2003 | 2,321.00 |
| BROWN*JOANN T | 2611 | 10/23/2003 | 0.00 |
| CASCO COMPRESSED AIR SPECIALISTS CO. | 2671 | 10/24/2003 | 458.88 |
| COLE*DAVID R | 20524 | 7/16/2004 | 0.00 |
| CRU INTERNATIONAL LTD | 2778 | 1/22/2004 | 0.00 |
| DEBARTOLOMEO*JOSEPH B. | 2635 | 10/22/2003 | 500,000.00 |
| DEPARTMENT OF FINANCIAL SERVICES | 2732 | 11/10/2003 | 0.00 |
| DOW JONES REUTERS D/B/A FACTIVA | 2756 | 12/12/2003 | 2,000.00 |
| FABREEKA PRODUCTS COMPANY | 2782 | 2/18/2004 | 4,023.97 |
| FIDELITY INVESTMENTS | 20543 | 8/2/2004 | 4,935.24 |
| GILL JR*SAMUEL M | 2631 | 10/22/2003 | 0.00 |
| GRAPHIC CONTROLS | 2683 | 10/27/2003 | 4,086.87 |
| HOLLAND COMPANY LP | 2750 | 11/26/2003 | 28,860.00 |
| IMPRESS USA, INC | 2763 | 12/19/2003 | 2,000,000.00 |
| JAY INDUSTRIAL CONTROLS | 2648 | 10/22/2003 | 2,017.11 |
| KNICKERBOCKER RUSSEL COMPANY INC. | 2705 | 11/3/2003 | 549.84 |
| LOCKWOOD GREENE | 2761 | 12/15/2003 | 30,326.72 |
| MCKEES ROCKS FORGINGS INC | 2769 | 12/29/2003 | 25,583.41 |
| MSC PREFINISH METALS INCORPORATED | 20541 | 7/29/2004 | 49,684.31 |
| OCMET INCORPORATED | 2726 | 11/7/2003 | 0.00 |
| OMEGA ENGINEERING INCORPORATED | 2765 | 12/23/2003 | 1,031.75 |
| OVERNITE TRANSPORTATION COMPANY | 2775 | 1/7/2004 | 1,745.20 |
| PF ENVIRONMENTAL TECHNOLOGIES INC. | 2773 | 1/9/2004 | 115,301.92 |
| POCZATEK* FRANK G | 20547 | 8/9/2004 | 150,000.00 |
| PREMIER SAFETY & SERVICE INC. | 2771 | 1/5/2004 | 30,719.22 |
| ROBINSON*WESLEY A | 2607 | 10/23/2003 | 0.00 |
| SAYBOLT LP, A CORE LABORATORIES COMPANY | 2680 | 10/24/2003 | 4,035.52 |
| SG MORRIS COMPANY | 2509 | 10/21/2003 | 158,910.69 |
| SHANLEY & BAKER | 2605 | 10/23/2003 | 132,492.36 |
| SHELLS INCORPORATED | 2706 | 11/3/2003 | 4,131.38 |
| SIEMENS ENERGY & AUTOMATION, INC. | 2744 | 11/19/2003 | 9,689.22 |
| SPECIALISTS IN TRANSIT FWDG. INC. OF | 2793 | 5/21/2004 | 1,057.71 |
| SPECTRUM MEDICAL SERVICES | 2702 | 11/3/2003 | 119.00 |
| SPRINT COMMUNICATIONS LP | 2601 | 10/23/2003 | 1,684.36 |
| STARVAGGI INDUSTRIES INCORPORATED | 2712 | 10/30/2003 | 134,425.16 |
| THOMSON FINANCIAL CORPORATE GROUP | 2654 | 10/22/2003 | 1,150.00 |
| WV DEPARTMENT OF TRANSPORTATION | 2757 | 12/17/2003 | 176,067.82 |

# WEIRTON STEEL CORPORATION
## Case No. 03-1802
### Eighth Omnibus Objection to Claims

**EXHIBIT C**
**BONDHOLDER CLAIM TO BE DISALLOWED AND EXPUNGED**

| CREDITOR | CLAIM # | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|
| POCZATEK* FRANK G | 20547 | 8/9/2004 | 150,000.00 |

# WEIRTON STEEL CORPORATION
## Case No. 03-1802
## Eighth Omnibus Objection to Claims

**EXHIBIT D**

**CLAIMS FOR PENSION AND/OR RETIREE BENEFITS TO BE DISALLOWED AND EXPUNGED**

| CREDITOR | CLAIM # | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|
| ANDRIANO*GLENN M | 2419 | 10/20/2003 | 0.00 |
| ARANGO*RICHARD | 20194 | 06/21/04 | 883.80 |
| BALDAUF*ELEANOR | 2746 | 11/18/2003 | 0.00 |
| CAGNA*ELLINORA | 2777 | 1/27/2004 | 65,000.00 |
| CASHDOLLAR* EDWARD | 20349 | 06/28/04 | 25,000.00 |
| COOK JR*SAMUEL H | 20201 | 06/21/04 | 0.00 |
| DANKOVCHIK*DANIEL J | 20047 | 06/14/04 | 0.00 |
| FERRIS* ROBERT E. | 20064 | 06/14/04 | 4,368.00 |
| FISHER*REX B | 20014 | 06/10/04 | 0.00 |
| FLOWERS*EDWARD T. | 1865 | 10/16/2003 | 0.00 |
| FORSYTHE*LARRY | 2512 | 10/21/2003 | 0.00 |
| GOOSSENS*GARY M | 2364 | 10/20/2003 | 1,728,000.00 |
| KOLOSKY*WALTER J | 20015 | 06/10/04 | 25,000.00 |
| MAKRICOSTAS*EUGENIA | 2704 | 11/3/2003 | 0.00 |
| MASON* DONALD | 20076 | 06/14/04 | 25,000.00 |
| MASON* JANE | 20075 | 06/14/04 | 25,000.00 |
| PAIDOUSIS*GEORGE | 20205 | 06/21/04 | 0.00 |
| PEPPER* SHARON | 2350 | 10/20/2003 | 21,000.00 |
| PORCO*JOSEPH | 2435 | 10/20/2003 | 0.00 |
| SHAVER*JUDY A. | 2031 | 10/20/2003 | 0.00 |
| SMITH*RICHARD E | 20044 | 06/14/04 | 0.00 |
| SMITH*RICKIE E. | 2145 | 10/20/2003 | 0.00 |
| SMOLESKI*LOUIS S. | 1864 | 10/16/2003 | 0.00 |
| STEWART*NANCY L | 20215 | 06/22/04 | 0.00 |
| STEWART*TERRY L | 20214 | 06/22/04 | 0.00 |
| TEAGUE*PAUL | 1607 | 10/14/2003 | 0.00 |
| WEBCO INTERNATIONAL LLC (TOM EVANS) | 986 | 9/29/2003 | 0.00 |
| WHIRLOW* MARGARET | 20171 | 06/21/04 | 0.00 |
| YEAGER, JR.* JOHN | 20029 | 06/10/04 | 5,000.00 |
| ZAMBON*MARYJO | 2723 | 10/27/2003 | 0.00 |

# WEIRTON STEEL CORPORATION
## Case No. 03-1802
## Eighth Omnibus Objection to Claims

**EXHIBIT E**
**CLAIMS WITHOUT MERIT TO BE DISALLOWED AND EXPUNGED**

| CREDITOR | CLAIM # | CLAIM DATE | CLAIM AMOUNT |
| --- | --- | --- | --- |
| ALLEN*BESSIE M. | 2653 | 10/22/2003 | 9,000.00 |
| BIVEDER*BLINCHE | 617 | 9/23/2003 | 0.00 |
| BLUMENTHAL*DEVARA LEE | 787 | 9/26/2003 | 0.00 |
| BROWN*YOLANDAE | 2483 | 10/20/2003 | 0.00 |
| COLE*DAVID R | 20524 | 7/16/2004 | 0.00 |
| DINOFRIO*JOHN D | 2549 | 10/20/2003 | 0.00 |
| FIELD*ESTA L. | 2434 | 10/20/2003 | 420.00 |
| FIJEWSKI*RAYMOND J | 2748 | 11/24/2003 | 0.00 |
| FULMER*GERALD K | 2505 | 10/20/2003 | 0.00 |
| FULMER*GERALD K | 2506 | 10/20/2003 | 0.00 |
| GORY JR.*WATUS | 2710 | 10/30/2003 | 0.00 |
| HARMS*MICHAEL J | 2580 | 10/20/2003 | 0.00 |
| KAPIRIS*GUS | 2504 | 10/20/2003 | 0.00 |
| KAPIRIS*GUS | 2502 | 10/20/2003 | 0.00 |
| KAPIRIS*GUS | 2501 | 10/20/2003 | 0.00 |
| KAPIRIS*GUS | 2503 | 10/20/2003 | 0.00 |
| LONG*TERRY L | 2498 | 10/20/2003 | 0.00 |
| MCABEE*MICHAEL D | 403 | 9/15/2003 | 3,000.00 |
| MCABEE*MICHAEL D | 405 | 9/15/2003 | 2,000.00 |
| MICHELE PULICE | 2596 | 10/20/2003 | 0.00 |
| MILLS* RICHARD H | 716 | 9/25/2003 | 0.00 |
| PAIDOUSIS*GEORGE | 600 | 9/23/2003 | 0.00 |
| PANACCI*JOYCE A | 1436 | 10/7/2003 | 0.00 |
| PORTER*MARK E | 2385 | 10/20/2003 | 0.00 |
| RITCHIE* MICHELE M | 2674 | 10/24/2003 | 0.00 |
| SCHUETZ*WAYNE D | 603 | 9/23/2003 | 0.00 |
| SCHWARTZ* NORMA | 1308 | 10/6/2003 | 0.00 |
| SIMMONS*CAROL ANN | 2325 | 10/20/2003 | 0.00 |
| SINNETT*JOHN W | 2088 | 10/20/2003 | 0.00 |
| SNYDER*JOYCE | 2499 | 10/20/2003 | 0.00 |
| TAYLOR*ANITA R. | 2658 | 10/16/2003 | 0.00 |
| TRIVOLI*VINCENT | 2164 | 10/17/2003 | 0.00 |
| WELLING*RENARD C | 2500 | 10/20/2003 | 0.00 |
| WEST*RANDY E | 2329 | 10/20/2003 | 0.00 |
| YEAGER JR.*JOHN | 270 | 9/15/2003 | 110,733.78 |
| YOCUM*HARRY L. | 2572 | 10/20/2003 | 0.00 |

# WEIRTON STEEL CORPORATION
## Case No. 03-1802
### Eighth Omnibus Objection to Claims

**EXHIBIT F**
**CLAIMS THAT HAVE BEEN PAID, SETTLED OR OTHERWISE SATISFIED TO BE DISALLOWED AND EXPUNGED**

| CREDITOR | CLAIM # | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|
| ANTHONY CRANE RENTAL INCORPORATED | 50093 | 10/20/2003 | 160,794.95 |
| BLUE CROSS OF WESTERN PA | 50148 | 10/20/2003 | 3,636,483.97 |
| ERB ELECTRIC COMPANY INCORPORATED | 50306 | 10/20/2003 | 266,817.35 |
| ESOP 84 (United Bank) | 2123 | 10/20/2003 | 5,000.00 |
| ESOP 89 (United Bank) | 2122 | 10/20/2003 | 5,000.00 |
| MABCO STEAM COMPANY, LLC | 1933 | 10/17/2003 | 33,096,367.00 |
| MICRO GRINDING SYSTEMS | 1319 | 10/6/2003 | 0.00 |
| REYNOLDS SERVICE INCORPORATED | 50754 | 10/20/2003 | 331,692.58 |

**WEIRTON STEEL CORPORATION**
Case No. 03-1802
Eighth Omnibus Objection to Claims

**EXHIBIT G**
**CLAIMS TO BE ALLOWED IN REDUCED AMOUNT**

| CREDITOR | CLAIM # | FILED CLAIM AMOUNT | ALLOWED CLAIM AMOUNT |
|---|---|---|---|
| ASTRO CONTAINER COMPANY, ET AL. | 1478 | 991,000.43 | 13,000.00 |

**WEIRTON STEEL CORPORATION**
Case No. 03-1802
Eighth Omnibus Objection to Claims

EXHIBIT H

CLAIMS TO WHICH OBJECTION IS WITHDRAWN WITHOUT PREJUDICE

| CREDITOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|
| HENKEL CORPORATION SURFACE TECHNOLOGIES GROUP | 1575 | 5,665,976.46 |
| WEIRTON AREA WATER BOARD | 2728 | 32,301.28 |
| DAVIS*CINDI D | 20477 | 18,332.00 |
| SOLID WASTE SERVICES, INC. | 2003 | 15,906,253.21 |

**WEIRTON STEEL CORPORATION**
**Case No. 03-1802**
**Eighth Omnibus Objection to Claims**

EXHIBIT I

CLAIMS TO WHICH OBJECTION HEARING AND RESPONSE DEADLINE ARE CONTINUED

| CREDITOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|
| CROWN CORK & SEAL | 2337 | 555,000.00 |
| IMPRESS | 2211 | 1,600,090.14 |
| NEW PROCESS STEEL, L.P. | 1837 | 593,699.14 |
| VAN CAN | 2000 | 201,850.80 |
| WINNER STEEL SERVICES | 1973 | 336,706.74 |